**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lev Investments, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3833674** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 16646** <br> **Beverly Hills, CA 90209** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **13854 Albers Street Sherman Oaks, CA 91401** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Lev Investments, LLC**
     Name                                                         Case number (*if known*)

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | _____ | | _____ |
| | District | When | Case number, if known |
| | _____ | _____ | _____ |

---

| Debtor | **Lev Investments, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

        Contact name  _____

        Phone  _____

---

█  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Lev Investments, LLC**
_____    Case number (*if known*) _____
Name

▊ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 1, 2020**
              MM / DD / YYYY

**X** _____    **Dmitri Lioudkovski**
    Signature of authorized representative of debtor    Printed name

    Title   **Manager**

**18. Signature of attorney**    **X** _____    Date   **June 1, 2020**
                Signature of attorney for debtor                MM / DD / YYYY

    **David B. Golubchik 185520**
    Printed name

    **Levene, Neale, Bender, Yoo & Brill L.L.P.**
    Firm name

    **10250 Constellation Blvd., Suite 1700**
    **Los Angeles, CA 90067**
    Number, Street, City, State & ZIP Code

    Contact phone   **(310) 229-1234**    Email address _____

    **185520 CA**
    Bar number and State

**2018 TAX RETURN**

Client Copy

**Client:**     P2727

**Prepared for:**     LEV INVESTMENTS LLC
423 N PALM ST, APT 305
BEVERLY HILLS, CA  90210
310-913-6904

**Prepared by:**     Alex Polovinchik, CPA
POLOVINCHIK, FRID & NOVAK, LLP
860 VIA DE LA PAZ, SUITE E-1
PACIFIC PALISADES, CA  90272
(323) 654-3500

**Date:**     May 15, 2020

**Comments:**

**Route to:**   _____   _____   _____   _____

**2018 Partnership Return**
prepared for:

**LEV INVESTMENTS LLC**
423 N PALM ST, APT 305
BEVERLY HILLS, CA 90210

**POLOVINCHIK, FRID & NOVAK, LLP**
860 VIA DE LA PAZ, SUITE E-1
PACIFIC PALISADES, CA 90272

# POLOVINCHIK, FRID & NOVAK, LLP

**860 VIA DE LA PAZ, SUITE E-1**
**PACIFIC PALISADES, CA 90272**
**(323) 654-3500**

**Client P2727**
**May 15, 2020**

**LEV INVESTMENTS LLC**
**423 N PALM ST, APT 305**
**BEVERLY HILLS, CA 90210**
**310-913-6904**

---

### FEDERAL FORMS

| | |
|---|---|
| **Form 1065** | **2018 U.S. Return of Partnership Income** |
| **Schedule B-1** | **Information on Partners Owning 50% or More** |
| **Schedule K-1** | **Partner's Share of Income, Deductions, Credits** |
| **Form 8879-PE** | **IRS e-file Signature Authorization** |

---

### CALIFORNIA FORMS

| | |
|---|---|
| **Form 568** | **2018 California LLC Return of Income** |
| **Form 3522** | **Limited Liability Company Tax Voucher** |
| **Form 8453-LLC** | **Declaration for Electronic Filing** |

---

### FEE SUMMARY

**Preparation Fee**

| **2018** | **Federal Income Tax Summary** | **Page 1** |
|---|---|---|

**LEV INVESTMENTS LLC**                                              47-3833674

|  | **2018** | **2017** | **Diff** |
|---|---|---|---|
| **TRADE OR BUSINESS INCOME** | | | |
| Gross receipts less returns | 212,141 | 33,542 | 178,599 |
| Gross profit | 212,141 | 33,542 | 178,599 |
| Total income (loss) | 212,141 | 33,542 | 178,599 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| Total deductions | 0 | 0 | 0 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss) | 212,141 | 33,542 | 178,599 |
| **SCHEDULE K - OTHER** | | | |
| Other items reported separately | 212,141 | 0 | 212,141 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets | 0 | 0 | 0 |
| Beginning Liabilities and Capital | 33,542 | 0 | 33,542 |
| Ending Assets | 0 | 0 | 0 |
| Ending Liabilities and Capital | 245,683 | 33,542 | 212,141 |

| 2018 | Federal Balance Sheet Summary | Page 1 |
|------|-------------------------------|--------|
| | **LEV INVESTMENTS LLC** | **47-3833674** |

**ENDING ASSETS**
    Total Assets....................................................................

**ENDING LIABILITIES & CAPITAL**
    Partners' capital accounts..........................................    245,683

    Total Liabilities and Capital....................................    245,683

| **2018** | **California Income Tax Summary** | **Page 1** |
|---|---|---|

| LEV INVESTMENTS LLC | 47-3833674 |
|---|---|

|  | **2018** | **2017** | **Diff** |
|---|---|---|---|
| **TRADE OR BUSINESS INCOME** | | | |
| Gross receipts less returns................... | 212,141 | 33,542 | 178,599 |
| Gross Profit......................................... | 212,141 | 33,542 | 178,599 |
| Total income (loss).............................. | 212,141 | 33,542 | 178,599 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| Total deductions.................................... | 0 | 0 | 0 |
| **INCOME** | | | |
| Ordinary income (loss)........................... | 212,141 | 33,542 | 178,599 |

| **2018** | **General Information** | **Page 1** |
|---|---|---|
| | **LEV INVESTMENTS LLC** | **47-3833674** |

**Forms needed for this return**

```
Federal:    1065, Sch B-1, Sch K-1, 8879-PE
California: 568, 3522, 8453-LLC
```

**Carryovers to 2019**

None



Form FTB 3522

**IF AMOUNT OF PAYMENT IS ZERO, DO NOT MAIL THIS VOUCHER.**

**WHERE TO FILE:** Using black or blue ink, make a check or money order payable to the 'Franchise Tax Board.' Write the California SOS file number, FEIN, and '2019 FTB 3522' on the check or money order. Detach the payment voucher from the bottom of the page. Enclose, but **do not** staple, your payment with the voucher and mail to:

**FRANCHISE TAX BOARD**
**PO BOX 942857**
**SACRAMENTO CA  94257-0531**

Make all checks or money orders payable in U.S. dollars and drawn against a U.S. financial institution.

**WHEN TO FILE:** **Fiscal Year — File and Pay by the 15th day of the 4th month after the beginning of the taxable year.**
**Calendar Year — File and Pay by April 15, 2019.**

When the due date falls on a weekend or holiday, the deadline to file and pay without penalty is extended to the next business day.

**ONLINE SERVICES:** Make a payment online using Web Pay for Businesses. LLCs can make an immediate payment or schedule payments up to a year in advance. For more information, go to **ftb.ca.gov/pay.**

_ _ _ _ _ _ _ DETACH HERE _ _ _ _ _ _ _ IF NO PAYMENT IS DUE, DO NOT MAIL THIS VOUCHER _ _ _ _ _ _ _ DETACH HERE _ _ _ _ _ _ _

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2019**  **LLC Tax Voucher** | | **3522** |

201502210681   LEVI   47-3833674     310-913-6904        19       FORM   0
TYB   01-01-2019    TYE   12-31-2019
LEV INVESTMENTS LLC

423 N PALM ST APT 305
BEVERLY HILLS        CA  90210

Amount of Payment        800.

Form **8879-PE**

**IRS e-file Signature Authorization for Form 1065**

OMB No. 1545-0123

▶ Return completed Form 8879-PE to your ERO. (Don't send to the IRS.)

▶ Go to *www.irs.gov/Form8879PE* for the latest information.

**2018**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year beginning _____ , 2018, and ending _____ , _____ .

| Name of partnership | Employer identification number |
|---|---|
| LEV INVESTMENTS LLC | 47-3833674 |

| Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c)................................... | 1 | 212,141. |
| 2 | Gross profit (Form 1065, line 3).......................................................... | 2 | 212,141. |
| 3 | Ordinary business income (loss) (Form 1065, line 22)....................................... | 3 | 212,141. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2)........................ | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c)............................. | 5 | |

| Part II | Declaration and Signature Authorization of Partner or Member (Be sure to get a copy of the partnership's return) |
|---|---|

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2018 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner or Member's PIN: check one box only**

[X] I authorize <u>POLOVINCHIK, FRID & NOVAK, LL</u> to enter my PIN <u>62727</u> as my signature on the
ERO firm name                                                Don't enter all zeros
partnership's 2018 electronically filed return of partnership income.

[ ]     As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2018 electronically filed
return of partnership income.

Partner or member's signature ▶ _____

Title ▶ <u>PARTNER</u>                                                    Date ▶ _____

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. <u>96817019648</u>
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ <u>Alex Polovinchik, CPA</u>          Date ▶ _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

**BAA  For Paperwork Reduction Act Notice, see instructions.**                    Form **8879-PE** (2018)

PTPA0901L   08/08/18

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

**For calendar year 2018, or tax year beginning** _____ **, 2018,**
**ending** _____ **, 20** _____
► **Go to** *www.irs.gov/Form1065* **for instructions and the latest information.**

OMB No. 1545-0123

## 2018

| | |
|---|---|
| **A** Principal business activity<br>INVESTMENT | **D** Employer identification no.<br>47-3833674 |
| **B** Principal product or service<br>REAL ESTATE | **E** Date business started<br>5/04/2015 |
| **C** Business code number<br>531210 | **F** Total assets (see instructions)<br>$ 0. |

**Type or Print**

LEV INVESTMENTS LLC
423 N PALM ST, APT 305
BEVERLY HILLS, CA 90210

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ►

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ► 1

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**INCOME**

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . . . | **1a** 212,141. | | |
| **b** Returns and allowances . . . . . . . . . . . . . . . . . . . . | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | 212,141. |
| **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | |
| **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 212,141. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4** | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . . . . . . . | | **5** | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . | | **6** | |
| **7** Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7** | |
| **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . . . . . . | | **8** | 212,141. |

**DEDUCTIONS (SEE INSTRUCTIONS FOR LIMITATIONS)**

| | | | |
|---|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . . . . . . . . | | **9** | |
| **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | |
| **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** | |
| **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | |
| **14** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **14** | |
| **15** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **15** | |
| **16a** Depreciation (if required, attach Form 4562) . . . . . . . . . . . | **16a** | | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return . . . | **16b** | **16c** | |
| **17** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . . . . | | **17** | |
| **18** Retirement plans, etc . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **19** | |
| **20** Other deductions (att stmt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **20** | |
| **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . . . . . . . | | **21** | |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . . . . . | | **22** | 212,141. |

**TAX AND PAYMENT**

| | | | |
|---|---|---|---|
| **23** Interest due under the look-back method — completed long-term contracts (attach Form 8697) . . . . . | | **23** | |
| **24** Interest due under the look-back method — income forecast method (attach Form 8866) . . . . . . . . | | **24** | |
| **25** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . . . . . . | | **25** | |
| **26** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **26** | |
| **27** **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . . . . . . . | | **27** | |
| **28** Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **28** | |
| **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . . . . . | | **29** | |
| **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . . . . . | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

_____
Signature of partner or limited liability company member     Date

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name<br>Alex Polovinchik, CPA | Preparer's signature<br>Alex Polovinchik, CPA | Date | Check ☐ if self-employed | PTIN<br>P01303287 |
| Firm's name ► POLOVINCHIK, FRID & NOVAK, LLP | | Firm's EIN ► 83-2249543 |
| Firm's address ► 860 VIA DE LA PAZ, SUITE E-1<br>PACIFIC PALISADES, CA 90272 | | Phone no. (323) 654-3500 |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**         PTPA0105L  09/10/18         Form **1065** (2018)

Form 1065 (2018) LEV INVESTMENTS LLC                                    47-3833674              Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** ☐ Domestic general partnership | **b** ☐ Domestic limited partnership | | |
| **c** ☒ Domestic limited liability company | **d** ☐ Domestic limited liability partnership | | |
| **e** ☐ Foreign partnership | **f** ☐ Other ▶ | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2018, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . . . . . . . . . . . | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

Form 1065 (2018)  LEV INVESTMENTS LLC                                47-3833674          Page **3**

| | Schedule B | Other Information *(continued)* | | |
|---|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| | **c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ............................................................... ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? ........................................................................................ | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. | | |
| **16a** | Did you make any payments in 2018 that would require you to file Form(s) 1099? See instructions ...................... | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? ......................................................... | X | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. | | |
| 18 | Enter the number of partners that are foreign governments under section 892. ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? ...................................... | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 .................................................................................................... | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Treasury Regulations section 1.721(c)-1T(b)(14)? ............... | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions. ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions. ...................................................................... | | X |
| 24 | Does the partnership satisfy one of the following conditions and the partnership does not own a pass-through entity with current year, or prior year, carryover excess business interest expense? See instructions. ................................ | X | |
| **a** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year do not exceed $25 million, and the partnership is not a tax shelter, or | | |
| **b** | The partnership only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | EKATERINA LYUDKOVSKAYA | U.S. taxpayer identification number of PR ▶ | Foreign US |
|---|---|---|---|
| U.S. address of PR ▶ | ██████████████████ | U.S. phone number of PR ▶ | ████████ |
| If the PR is an entity, name of the designated individual for the PR ▶ | | U.S. taxpayer identification number of the designated individual ▶ | |
| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ........................................ | | X |
|---|---|---|---|
| | If "Yes," enter the amount from Form 8996, line 13. ▶ $ | | |

**BAA**                          PTPA0112L  12/21/18                          Form **1065** (2018)

Form 1065 (2018)  LEV INVESTMENTS LLC                                            47-3833674         Page 4

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22)........................................... | **1** | 212,141. |
| | **2** Net rental real estate income (loss) (attach Form 8825) ................................... | **2** | |
| | **3a** Other gross rental income (loss).............................. **3a** | | |
| | **b** Expenses from other rental activities (attach stmt) ..................... **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a.............................. | **3c** | |
| | **4** Guaranteed payments............................................................ | **4** | |
| | **5** Interest income................................................................ | **5** | |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends............................... | **6a** | |
| | **b** Qualified dividends ...................... **6b** | | |
| | **c** Dividend equivalents ..................... **6c** | | |
| | **7** Royalties.................................................................... | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)).................... | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)).................... | **9a** | |
| | **b** Collectibles (28%) gain (loss)............................. **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement).................... **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) ................................... | **10** | |
| | **11** Other income (loss) (see instructions)    Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562).......................................... | **12** | |
| | **13a** Contributions................................................................ | **13a** | |
| | **b** Investment interest expense..................................................... | **13b** | |
| | **c** Section 59(e)(2) expenditures:  **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _  **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions)  Type ▶ | **13d** | |
| **Self-Employment** | **14a** Net earnings (loss) from self-employment......................................... | **14a** | |
| | **b** Gross farming or fishing income................................................. | **14b** | |
| | **c** Gross nonfarm income......................................................... | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5))...................................... | **15a** | |
| | **b** Low-income housing credit (other).............................................. | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)............ | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions)............ Type ▶ | **15e** | |
| | **f** Other credits (see instructions) ................... Type ▶ | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ... ▶ | | |
| | **b** Gross income from all sources ................................................. | **16b** | |
| | **c** Gross income sourced at partner level............................................ | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Section 951A category     ▶ _ _ _ _ _ _ _ _   **e** Foreign branch category   ▶ _ _ _ _ _ _ _ _ | **16e** | |
| | **f** Passive category ▶ _ _ _ _ _ _ _ _  **g** General category  ▶ _ _ _ _ _ _ _ _ **h** Other (att. stmt.) ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ▶ _ _ _ _ _ _ _ _  **j** Other............................. ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Section 951A category     ▶ _ _ _ _ _ _ _ _   **l** Foreign branch category   ▶ _ _ _ _ _ _ _ _ | **16l** | |
| | **m** Passive category ▶ _ _ _ _ _ _ _ _  **n** General category ▶ _ _ _ _ _ _ _ _ **o** Other (att. stmt.) ▶ | **16o** | |
| | **p** Total foreign taxes (check one): ▶ Paid ☐    Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement)............................. | **16q** | |
| | **r** Other foreign tax information (attach statement)................................... | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment ............................................. | **17a** | |
| | **b** Adjusted gain or loss......................................................... | **17b** | |
| | **c** Depletion (other than oil and gas)............................................... | **17c** | |
| | **d** Oil, gas, and geothermal properties — gross income................................. | **17d** | |
| | **e** Oil, gas, and geothermal properties — deductions................................... | **17e** | |
| | **f** Other AMT items (attach stmt)................................................. | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income.................................................... | **18a** | |
| | **b** Other tax-exempt income...................................................... | **18b** | |
| | **c** Nondeductible expenses...................................................... | **18c** | |
| | **19a** Distributions of cash and marketable securities.................................... | **19a** | |
| | **b** Distributions of other property.................................................. | **19b** | |
| | **20a** Investment income........................................................... | **20a** | |
| | **b** Investment expenses......................................................... | **20b** | |
| | **c** Other items and amounts (attach stmt)              See Statement 1 | | |

BAA                                    PTPA0134L   09/04/18                                    Form **1065** (2018)

Form 1065 (2018)   LEV INVESTMENTS LLC                                              47-3833674        Page **5**

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | 1 | 212,141. |
|---|---|---|---|---|---|---|

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners.... | | | | | | |
| b | Limited partners.... | | 212,141. | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash. | | | | |
| 2a | Trade notes and accounts receivable. | | | | |
| b | Less allowance for bad debts. | | | | |
| 3 | Inventories. | | | | |
| 4 | U.S. government obligations. | | | | |
| 5 | Tax-exempt securities. | | | | |
| 6 | Other current assets (attach stmt). | | | | |
| 7a | Loans to partners (or persons related to partners). | | | | |
| b | Mortgage and real estate loans. | | | | |
| 8 | Other investments (attach stmt). | | | | |
| 9a | Buildings and other depreciable assets. | | | | |
| b | Less accumulated depreciation. | | | | |
| 10a | Depletable assets. | | | | |
| b | Less accumulated depletion. | | | | |
| 11 | Land (net of any amortization). | | | | |
| 12a | Intangible assets (amortizable only). | | | | |
| b | Less accumulated amortization. | | | | |
| 13 | Other assets (attach stmt). | | | | |
| 14 | Total assets. | | | | 0. |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable. | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year. | | | | |
| 17 | Other current liabilities (attach stmt). | | | | |
| 18 | All nonrecourse loans. | | | | |
| 19a | Loans from partners (or persons related to partners). | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more. | | | | |
| 20 | Other liabilities (attach stmt). | | | | |
| 21 | Partners' capital accounts. | | 33,542. | | 245,683. |
| 22 | Total liabilities and capital. | | 33,542. | | 245,683. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books. | 212,141. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest .. $ | |
| | | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 3 | Guaranteed payments (other than health insurance). | | a | Depreciation...... $ | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | | | |
| a | Depreciation ...... $ | | | | |
| b | Travel and entertainment .... $ | | 8 | Add lines 6 and 7. | |
| | | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5. | 212,141. |
| 5 | Add lines 1 through 4. | 212,141. | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year. | 33,542. | 6 | Distributions: a Cash. | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash. | | | b Property. | |
| | b Property. | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books. | 212,141. | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7. | |
| 5 | Add lines 1 through 4. | 245,683. | 9 | Balance at end of year. Subtract line 8 from line 5. | 245,683. |

**BAA**                             PTPA0134L  09/04/18                             Form **1065** (2018)

**SCHEDULE B-1**
**(Form 1065)**
(Rev. September 2017)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership
► Attach to Form 1065.
► Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

| Name of partnership | Employer identification number (EIN) |
|---|---|
| LEV INVESTMENTS LLC | 47-3833674 |

## Part I   Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Part II   Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| EKATERINA LYUDKOVSKAYA | Foreign US | United States | 100.000 |
| | | | |
| | | | |
| | | | |
| | | | |

**BAA For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**

Schedule **B-1** (Form 1065) (Rev. 9-2017)

PTPA1301L  08/09/17

**Schedule K-1**
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

651118

☐ Final K-1      ☐ Amended K-1      OMB No. 1545-0123

beginning ___/___/ 2018 ending ___/___/___

# Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A**  Partnership's employer identification number
47-3833674

**B**  Partnership's name, address, city, state, and ZIP code

LEV INVESTMENTS LLC
423 N PALM ST, APT 305
BEVERLY HILLS, CA 90210

**C**  IRS Center where partnership filed return
e-file

**D**  ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E**  Partner's identifying number
Foreign US

**F**  Partner's name, address, city, state, and ZIP code

EKATERINA LYUDKOVSKAYA
▮▮▮▮▮▮▮▮▮▮▮▮

**G**  ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H**  ☒ Domestic partner   ☐ Foreign partner

**I1**  What type of entity is this partner?   Individual

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | 100 % | 100 % |
| Loss | 100 % | 100 % |
| Capital | 100 % | 100 % |

**K**  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L**  Partner's capital account analysis:

Beginning capital account . . . . . . . . . . . . $       33,542.
Capital contributed during the year . . . . . $
Current year increase (decrease). . . . . . . $      212,141.
Withdrawals & distributions . . . . . . . . . . . $
Ending capital account . . . . . . . . . . . . . . . $      245,683.

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M**  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 212,141. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information |
| | | Z | 212,141. |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

Schedule K-1 (Form 1065) 2018      LEV INVESTMENTS LLC     47-3833674                                              Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows. | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Partner's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| **2** | **Net rental real estate income (loss)** | See the Partner's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Partner's Instructions |
| **4** | **Guaranteed payments** | Schedule E, line 28, column (k) |
| **5** | **Interest income** | Form 1040, line 2b |
| **6 a** | **Ordinary dividends** | Form 1040, line 3b |
| **6 b** | **Qualified dividends** | Form 1040, line 3a |
| **6 c** | **Dividend equivalents** | See the Partner's Instructions |
| **7** | **Royalties** | Schedule E, line 4 |
| **8** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **9 a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **9 b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| **9 c** | **Unrecaptured section 1250 gain** | See the Partner's Instructions |
| **10** | **Net section 1231 gain (loss)** | See the Partner's Instructions |
| **11** | **Other income (loss)** | |
| | **Code** | |
| | **A** Other portfolio income (loss) | See the Partner's Instructions |
| | **B** Involuntary conversions | See the Partner's Instructions |
| | **C** Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub. 535 |
| | **E** Cancellation of debt | Schedule 1 (Form 1040), line 21 or Form 982 |
| | **F** Section 951A income | |
| | **G** Section 965(a) inclusion | |
| | **H** Subpart F income other than sections 951A and 965 inclusion | See the Partner's Instructions |
| | **I** Other income (loss) | See the Partner's Instructions |
| **12** | **Section 179 deduction** | See the Partner's Instructions |
| **13** | **Other deductions** | |
| | **A** Cash contributions (60%) | |
| | **B** Cash contributions (30%) | |
| | **C** Noncash contributions (50%) | |
| | **D** Noncash contributions (30%) | See the Partner's Instructions |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Contributions (100%) | |
| | **H** Investment interest expense | Form 4952, line 1 |
| | **I** Deductions — royalty income | Schedule E, line 19 |
| | **J** Section 59(e)(2) expenditures | See the Partner's Instructions |
| | **K** Excess business interest expense | See the Partner's Instructions |
| | **L** Deductions — portfolio (other) | Schedule A, line 16 |
| | **M** Amounts paid for medical insurance | Schedule A, line 1 or Schedule 1 (Form 1040), line 29 |
| | **N** Educational assistance benefits | See the Partner's Instructions |
| | **O** Dependent care benefits | Form 2441, line 12 |
| | **P** Preproductive period expenses | See the Partner's Instructions |
| | **Q** Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | **R** Pensions and IRAs | See the Partner's Instructions |
| | **S** Reforestation expense deduction | See the Partner's Instructions |
| | **T** through **V** | Reserved for future use |
| | **W** Other deductions | See the Partner's Instructions |
| | **X** Section 965(c) deduction | See the Partner's Instructions |
| **14** | **Self-employment earnings (loss)** | |
| | **Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE. | |
| | **A** Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | **B** Gross farming or fishing income | See the Partner's Instructions |
| | **C** Gross non-farm income | See the Partner's Instructions |
| **15** | **Credits** | |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | **B** Low-income housing credit (other) from pre-2008 buildings | |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | **D** Low-income housing credit (other) from post-2007 buildings | See the Partner's Instructions |
| | **E** Qualified rehabilitation expenditures (rental real estate) | |
| | **F** Other rental real estate credits | |
| | **G** Other rental credits | |
| | **H** Undistributed capital gains credit | Schedule 5 (Form 1040), line 74, box a |
| | **I** Biofuel producer credit | |

| | | Report on |
|---|---|---|
| | **Code** | |
| | **J** Work opportunity credit | |
| | **K** Disabled access credit | |
| | **L** Empowerment zone employment credit | |
| | **M** Credit for increasing research activities | See the Partner's Instructions |
| | **N** Credit for employer social security and Medicare taxes | |
| | **O** Backup withholding | |
| | **P** Other credits | |
| **16** | **Foreign transactions** | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | Form 1116, Part I |
| | **C** Gross income sourced at partner level | |
| | *Foreign gross income sourced at partnership level* | |
| | **D** Section 951A category | |
| | **E** Foreign branch category | |
| | **F** Passive category | Form 1116, Part I |
| | **G** General category | |
| | **H** Other | |
| | *Deductions allocated and apportioned at partner level* | |
| | **I** Interest expense | Form 1116, Part I |
| | **J** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at partnership level to foreign source income* | |
| | **K** Section 951A category | |
| | **L** Foreign branch category | |
| | **M** Passive category | Form 1116, Part I |
| | **N** General category | |
| | **O** Other | |
| | *Other information* | |
| | **P** Total foreign taxes paid | Form 1116, Part II |
| | **Q** Total foreign taxes accrued | Form 1116, Part II |
| | **R** Reduction in taxes available for credit | Form 1116, line 12 |
| | **S** Foreign trading gross receipts | Form 8873 |
| | **T** Extraterritorial income exclusion | Form 8873 |
| | **U** Section 951A(c)(1)(A) tested income | |
| | **V** Tested foreign income tax | See the Partner's Instructions |
| | **W** Section 965 information | |
| | **X** Other foreign transactions | |
| **17** | **Alternative minimum tax (AMT) items** | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| | **C** Depletion (other than oil & gas) | |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **18** | **Tax-exempt income and nondeductible expenses** | |
| | **A** Tax-exempt interest income | Form 1040, line 2a |
| | **B** Other tax-exempt income | See the Partner's Instructions |
| | **C** Nondeductible expenses | See the Partner's Instructions |
| **19** | **Distributions** | |
| | **A** Cash and marketable securities | |
| | **B** Distribution subject to section 737 | See the Partner's Instructions |
| | **C** Other property | |
| **20** | **Other information** | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Fuel tax credit information | Form 4136 |
| | **D** Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | **E** Basis of energy property | See the Partner's Instructions |
| | **F** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **G** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **H** Recapture of investment credit | See Form 4255 |
| | **I** Recapture of other credits | See the Partner's Instructions |
| | **J** Look-back interest — completed long-term contracts | See Form 8697 |
| | **K** Look-back interest — income forecast method | See Form 8866 |
| | **L** Dispositions of property with section 179 deductions | |
| | **M** Recapture of section 179 deduction | |
| | **N** Interest expense for corporate partners | |
| | **O** through **Y** | |
| | **Z** Section 199A income | |
| | **AA** Section 199A W-2 wages | |
| | **AB** Section 199A unadjusted basis | See the Partner's Instructions |
| | **AC** Section 199A REIT dividends | |
| | **AD** Section 199A PTP income | |
| | **AE** Excess taxable income | |
| | **AF** Excess business interest income | |
| | **AG** Gross receipts for section 59A(e) | |
| | **AH** Other information | |

Partner 1:  EKATERINA LYUDKOVSKAYA    Foreign US          PTPA0312L  12/11/18        **Schedule K-1 (Form 1065) 2018**

| 2018 | Federal Statements | Page 1 |
|------|--------------------|--------|

**LEV INVESTMENTS LLC**                                                    **47-3833674**

**Statement 1**
**Form 1065, Schedule K, Line 20c**
**Other Reportable Items**

```
Section 199A Qualified Business Income.............................................  $    212,141.
```

059

**DO NOT MAIL THIS FORM TO FTB**

Date Accepted _____

| TAXABLE YEAR | California e-file Return Authorization for | FORM |
|---|---|---|
| **2018** | **Limited Liability Companies** | **8453-LLC** |

| Limited liability company name | Identifying number |
|---|---|
| LEV INVESTMENTS LLC | 47-3833674 |

**Part I    Tax Return Information** (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 568, Schedule B, Line 12 or Form 568, Line 1 for Single Member LLCs)............... | 1 | 212,141. |
| 2 | Ordinary income (Form 568, Schedule B, line 23 or Form 568, Line 1 for Single Member LLCs)............ | 2 | 212,141. |
| 3 | Tax and fee due (Form 568, line 14) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Overpayment (Form 568, line 15) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Total amount due (Form 568, line 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

**Part II    Settle Your Account Electronically for Taxable Year 2018.**

| | | | | | |
|---|---|---|---|---|---|
| 6 | ☐ Electronic funds withdrawal | **6a** Amount | | **6b** Withdrawal date (mm/dd/yyyy) | |

**Part III    Make Annual Tax or Estimated Fee Payment for Taxable Year 2019** This is NOT an installment payment for the current amount the LLC owes.

| | Annual Tax Payment | Estimated Fee Payment | |
|---|---|---|---|
| **7** Amount | | | |
| **8** Withdrawal date | | | |

**Part IV    Banking Information** (Have you verified the LLC's banking information?)

| | | | | | |
|---|---|---|---|---|---|
| 9 | Routing number | | | | |
| 10 | Account number | | **11** Type of account: ☐ Checking | ☐ Savings | |

**Part V    Declaration of Authorized Member or Manager**

I authorize the limited liability company account to be settled as designated in Parts II, III, and IV. If I check Box 6, I authorize an electronic funds withdrawal for the amount listed on line 6a and for the 2019 annual tax or estimated fee payment amount listed on line 7 from the bank account specified in Part IV.

Under penalties of perjury, I declare that I am an authorized member or manager of the above limited liability company and that the information I provided to my electronic return originator (ERO), transmitter, or intermediate service provider and the amounts in Part I above agree with the amounts on the corresponding lines of the limited liability company's 2018 California income tax return. To the best of my knowledge and belief, the limited liability company's return is true, correct, and complete. If the limited liability company is filing a balance due return, I understand that if the Franchise Tax Board (FTB) does not receive full and timely payment of the limited liability company's tax liability, the limited liability company will remain liable for the tax liability and all applicable interest and penalties. I authorize the limited liability company return and accompanying schedules and statements to be transmitted to the FTB by my ERO, transmitter, or intermediate service provider. **If the processing of the limited liability company's return or refund is delayed, I authorize the FTB to disclose to my ERO or intermediate service provider the reason(s) for the delay or the date when the refund was sent.**

| **Sign Here** | ▶ | ▶ PARTNER |
|---|---|---|
| | Signature of authorized member or manager    Date | Title |

**Part VI    Declaration of Electronic Return Originator (ERO) and Paid Preparer.** See instructions.

I declare that I have reviewed the above limited liability company's return and that the entries on form FTB 8453-LLC are complete and correct to the best of my knowledge. (If I am only an intermediate service provider, I understand that I am not responsible for reviewing the limited liability company's return. I declare, however, that form FTB 8453-LLC accurately reflects the data on the return.) I have obtained the signature from the limited liability company authorized member or manager on form FTB 8453-LLC before transmitting this return to the FTB; I have provided the limited liability company authorized member or manager with a copy of all forms and information that I will file with the FTB, and I have followed all other requirements described in FTB Pub. 1345, 2018 Handbook for Authorized e-file Providers. I will keep form FTB 8453-LLC on file for **four** years from the due date of the return or **four** years from the date the limited liability company return is filed, whichever is later, and I will make a copy available to the FTB upon request. If I am also the paid preparer, under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | ERO's signature | Date | Check if also paid preparer | Check if self-employed | ERO's PTIN |
|---|---|---|---|---|---|
| **ERO Must Sign** | ALEX POLOVINCHIK, CPA | | ☒ | ☐ | P01303287 |
| | Firm's name (or yours if self-employed) and address | POLOVINCHIK, FRID & NOVAK, LLP | | FEIN | 83-2249543 |
| | | 860 VIA DE LA PAZ, SUITE E-1 | | | |
| | | PACIFIC PALISADES, CA | | ZIP code | 90272 |

Under penalties of perjury, I declare that I have examined the above limited liability company's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I make this declaration based on all information of which I have knowledge.

| | Paid preparer's signature | Date | Check if self-employed | Paid preparer's PTIN |
|---|---|---|---|---|
| **Paid Preparer Must Sign** | ▶ | | ☐ | |
| | Firm's name (or yours if self-employed) and address | | FEIN | |
| | | | ZIP code | |

**For Privacy Notice, get FTB 1131 ENG/SP.**    CAPA7401L  01/04/19    FTB 8453-LLC 2018

| TAXABLE YEAR | | CALIFORNIA FORM |
|---|---|---|
| **2018** | **Limited Liability Company Return of Income** | **568** |

RP

201502210681  LEVI  47-3833674                18    PBA    531210
TYB  01-01-2018  TYE  12-31-2018
LEV INVESTMENTS LLC

423 N PALM ST APT 305
BEVERLY HILLS        CA   90210


ACCTMETHOD 1   05-04-2015  ASSETS                0.
INITIAL 0  FINAL 0  AMENDED 0   PROTECTIVE 0

**J (1)** During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this LLC or any legal entity in which the LLC holds a controlling or majority interest that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term?..................................................... ● ☐ Yes ☒ No

**(2)** During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another legal entity that owned California real property (i.e., land, buildings), leased such property for a term of 35 years or more, or leased such property from a government agency for any term?........................................... ● ☐ Yes ☒ No

**(3)** During this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or more transactions after an interest in California real property (i.e., land, buildings) was transferred to it that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2) and it was not reported on a previous year's tax return?.................................................... ● ☐ Yes ☒ No

**(Yes requires filing of statement, penalties may apply — see instructions.)**

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine line 1.

| | | | Whole dollars only |
|---|---|---|---|
| | Enclose, but do not staple, any payment. | | |
| 1 | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions ................... ● | 1 | 212,141. |
| 2 | Limited Liability Company fee. See instructions............................................. ● | 2 | |
| 3 | 2018 annual Limited Liability Company tax. See instructions................................. ● | 3 | 800. |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) ..................... ● | 4 | |
| 5 | Partnership level tax. See instructions.................................................. ● | 5 | |
| 6 | **Total tax and fee.** Add line 2, line 3, line 4, and line 5.................................... ● | 6 | 800. |
| 7 | Amount paid with form FTB 3537 and 2018 form FTB 3522 and form FTB 3536................. ● | 7 | 800. |
| 8 | Overpayment from prior year allowed as a credit ......................................... ● | 8 | |
| 9 | Withholding (Form 592-B and/or 593) .................................................. ● | 9 | |
| 10 | **Total payments.** Add line 7, line 8, and line 9............................................ ● | 10 | 800. |
| 11 | **Use tax. This is not a total line.** See instructions....................................... ● | 11 | |
| 12 | Payments balance. If line 10 is more than line 11, subtract line 11 from line 10................ ● | 12 | 800. |
| 13 | **Use tax balance.** If line 11 is more than line 10, subtract line 10 from line 11 ................... ● | 13 | |

LEV INVESTMENTS LLC                                                    47-3833674

| | | | | Whole dollars only |
|---|---|---|---|---|
| **14** | **Tax and fee due.** If line 6 is more than line 12, subtract line 12 from line 6 . . . . . . . . . . . . . . . . . . . | ● | **14** | |
| **15** | **Overpayment.** If line 12 is more than line 6, subtract line 6 from line 12. . . . . . . . . . . . . . . . . . . . | ● | **15** | |
| **16** | Amount of line 15 to be credited to 2019 tax or fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | **16** | |
| **17** | **Refund.** If the total of line 16 is less than line 15, subtract the total from line 15 . . . . . . . . | ● | **17** | |
| **18** | Penalties and interest. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ● | **18** | |
| **19** | **Total amount due.** Add line 13, line 14, line 16, and line 18, then subtract line 15 from the result . . . . . . . . . . . | ● | **19** | |

**K**   Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach
a California Schedule K-1 (568) for each of these members. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●   [ 1 ]

**L**   Is this LLC an investment partnership? See General Information O. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**M (1)**  Is this LLC apportioning or allocating income to California using Schedule R? . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(2)**  If "No," was this LLC registered in California without earning any income sourced in this state
during the taxable year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ◉  ☐ Yes  ☒ No

**N**   Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the
taxable year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**P (1)**  Does the LLC have any foreign (non-U.S.) nonresident members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(2)**  Does the LLC have any domestic (non-foreign) nonresident members? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(3)**  Were Form 592, Form 592-A, Form 592-B, and Form 592-F filed for these members? . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**Q**   Are any members in this LLC also LLCs or partnerships? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**R**   Is this LLC under audit by the IRS or has it been audited in a prior year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**S**   Is this LLC a member or partner in another multiple member LLC or partnership? . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No
    If "Yes," complete Schedule EO, Part I.

**T**   Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

**U (1)**  Is this LLC a business entity disregarded for tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☒ Yes  ☐ No

**(2)**  If "Yes," see instructions and complete Side 1, Side 2, Side 3, Schedule B, Side 5, and Side 7, if applicable.
Are there credits or credit carryovers attributable to the disregarded entity? . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**(3)**  If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less
than the LLC's total income from all sources? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

**V**   Has the LLC included a Reportable Transaction, or Listed Transaction within this return?
(See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction. . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**W**   Did this LLC file the Federal Schedule M-3 (federal Form 1065)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**X**   Is this LLC a direct owner of an entity that filed a federal Schedule M-3? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No

**Y**   Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes  ☒ No
    If "Yes," attach schedule of trusts and federal identification numbers.

**Z**   Does this LLC own an interest in a business entity disregarded for tax purposes? . . . . . . . . . . . . . . . . . . . . . . ◉  ☐ Yes  ☒ No
    If "Yes," complete Schedule EO, Part II.

*(continued on Side 3)*

LEV INVESTMENTS LLC                                                           47-3833674

**(continued from Side 2)**

**AA**   Is any member of the LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? . . . . . . . . . . . ●  ☐ Yes ☒ No

**BB**   Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4)) to any
other member? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes ☒ No

**CC (1)**  Is the LLC deferring any income from the disposition of assets? (see instructions). . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes ☒ No

   **(2)**  If "Yes," enter the year of asset disposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐

**DD**   Is the LLC reporting previously deferred Income from:

   (see instructions) . . . . . . . . . . . ●  ☐ Installment Sale   ● ☐ IRC §1031   ● ☐ IRC §1033   ●  ☐ Other

**EE**   "Doing business as" name. See instructions:. . . . . . . ● _____

**FF (1)**  Has this LLC operated as another entity type such as a Corporation, S Corporation, General Partnership,
Limited Partnership, or Sole Proprietorship in the previous five (5) years?. . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes ☒ No

   **(2)**  If "Yes," provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns
   filed with the FTB and/or IRS (see instructions): _____

**GG (1)**  Has this LLC previously operated outside California?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes ☒ No

   **(2)**  Is this the first year of doing business in California? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ●  ☐ Yes ☒ No

**Single Member LLC Information and Consent** — Complete only if the LLC is disregarded.                    ● Federal TIN/SSN

FOREIGN US

Sole Owner's name (as shown on owner's return)                                          FEIN/CA Corp no./CA SOS File no.

● EKATERINA LYUDKOVSKAYA                                                             201502210681

Street Address, City, State, and ZIP Code   ████████████████████

● What type of entity is the ultimate owner of this SMLLC? See instructions. Check only one box:

☒ **(1)**  Individual        ☐ **(2)**  C Corporation        ☐ **(3)**  Pass-Through (S corporation, partnership, LLC classified as a partnership)

☐ **(4)**  Estate/Trust      ☐ **(5)**  Exempt Organization

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax
as may be required by the Franchise Tax Board.

Signature ▶                                         Date  4/15/19   Title  PARTNER

| | |
|---|---|
| **Sign Here** | To learn about your privacy rights, how we may use your information, and the consequences for not providing the requested information, go to ftb.ca.gov/forms and search for **1131.** To request this notice by mail, call 800.852.5711. |
| | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |

Signature of
authorized
member or
manager ▶ _____   Date _____   Telephone

Authorized member or manager's email address (optional)                      ● 310-913-6904

| | | | | |
|---|---|---|---|---|
| **Paid Preparer's Use Only** | Paid preparer's signature | ALEX POLOVINCHIK, CPA | Date | Check if self-employed ☐ | PTIN ● P01303287 |
| | Firm's name (or yours, if self-employed) and address | POLOVINCHIK, FRID & NOVAK, LLP | | | Firm's FEIN ● 83-2249543 |
| | | 860 VIA DE LA PAZ, SUITE E-1 | | | Telephone |
| | | PACIFIC PALISADES, CA 90272 | | | ● (323) 654-3500 |

May the FTB discuss this return with the preparer shown above (see instructions)?. . . . . . . . . . . . . . ● ☒ Yes  ☐ No

LEV INVESTMENTS LLC

47-3833674

## Schedule IW    Limited Liability Company (LLC) Income Worksheet

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California when completing lines 1-17 of this worksheet.** If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040), or additional schedules associated with other activities. **Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.**

**See instructions on page 13 and page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.**

| | | | |
|---|---|---|---:|
| 1 | a | Total California income from Form 568, Schedule B, line 3. See instructions.... **1a** | 212,141. |
| | b | Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal Schedule F (Form 1040) (plus California adjustments) associated with the receipts assigned to California on lines 1a and 4...................... **1b** | |
| 2 | a | If the answer to Question U(1) on Form 568 Side 2, is "Yes", include the gross income of this disregarded entity that is not included in lines 1 and 8 through 16.................................................... **2a** | |
| | b | Enter the cost of goods sold of disregarded entities associated with the receipts assigned to California on line 2a ................................ **2b** | |
| 3 | a | LLC's distributive share of ordinary income from pass-through entities.......... **3a** | |
| | b | Enter the LLC's distributive share of cost of goods sold from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1a)....... **3b** | |
| | c | Enter the LLC's distributive share of deductions from other pass-through entities associated with the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b)............... **3c** | |
| 4 | | Add gross farm income from federal Schedule F (Form 1040). Use California amounts............................................. **4** | |
| 5 | | Enter the total of other income (not loss) from Form 568, Schedule B, line 10...... **5** | |
| 6 | | Enter the total gains (not losses) from Form 568, Schedule B, line 8.............. **6** | |
| 7 | | **Add line 1a through line 6.** ........................................... **7** | 212,141. |
| 8 | | **California rental real estate** | |
| | a | Enter the total gross rents from federal Form 8825, line 18a.................. **8a** | |
| | b | Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2....... **8b** | |
| | c | Add line 8a and line 8b............................................... **8c** | 0. |
| 9 | | **Other California rentals.** | |
| | a | Enter the amount from Schedule K (568), line 3a.......................... **9a** | |
| | b | Enter the amount from all Schedule K-1s (565), Table 3, line 3 ............... **9b** | |
| | c | Add lines 9a and 9b.................................................. **9c** | 0. |
| 10 | | **California interest.** Enter the amount from Form 568, Schedule K, line 5 ......... **10** | |
| 11 | | **California dividends.** Enter the amount from Form 568, Schedule K, line 6......... **11** | |
| 12 | | **California royalties.** Enter the amount from Form 568, Schedule K, line 7......... **12** | |
| 13 | | **California capital gains.** Enter the capital gains (not losses) included in the amounts from Form 568, Schedule K, lines 8 and 9................................ **13** | |
| 14 | | **California 1231 gains.** Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a...... **14** | |
| 15 | | **Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a......... **15** | |
| 16 | | **Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b........ **16** | |
| 17 | | **Total California income.** Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number. Enter here and on Form 568, Side 1, line 1. If less than zero enter -0-................................ **17** | 212,141. |

LEV INVESTMENTS LLC
423 N PALM ST, APT 305
BEVERLY HILLS, CA 90210
310-913-6904

May 15, 2020

EKATERINA LYUDKOVSKAYA

RE:
LEV INVESTMENTS LLC
47-3833674
Schedule K-1 from Partnership's 2018 Return of Income

Dear EKATERINA LYUDKOVSKAYA:

Enclosed is your 2018 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions,
Credits, Etc. from LEV INVESTMENTS LLC.  This information reflects the amounts you need
to complete your income tax return.  The amounts shown are your distributive share of
partnership tax items to be reported on your tax return, and may not correspond to actual
distributions you have received during the year. This information is included in the Partnership's
2018 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

LEV INVESTMENTS LLC

Enclosure(s)

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2018**

For calendar year 2018, or tax year

651118

☐ Final K-1      ☐ Amended K-1        OMB No. 1545-0123

beginning ___ / ___ / 2018   ending ___ / ___ / ___

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

| Part I | Information About the Partnership |
|---|---|

**A** Partnership's employer identification number
47-3833674

**B** Partnership's name, address, city, state, and ZIP code

LEV INVESTMENTS LLC
423 N PALM ST, APT 305
BEVERLY HILLS, CA 90210

**C** IRS Center where partnership filed return
e-file

**D** ☐ Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |
|---|---|

**E** Partner's identifying number
Foreign US

**F** Partner's name, address, city, state, and ZIP code

EKATERINA LYUDKOVSKAYA

████████████████

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?   Individual

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | **Beginning** | **Ending** |
|---|---|---|
| Profit | 100 % | 100 % |
| Loss | 100 % | 100 % |
| Capital | 100 % | 100 % |

**K** Partner's share of liabilities:

|  | **Beginning** | **Ending** |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ 33,542. |
| Capital contributed during the year | $ |
| Current year increase (decrease) | $ 212,141. |
| Withdrawals & distributions | $ |
| Ending capital account | $ 245,683. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 212,141. | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | 18 | Tax-exempt income and nondeductible expenses |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | 20 | Other information Z 212,141. |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.**     Schedule K-1 (Form 1065) 2018

PTPA0312L  08/31/18

Schedule K-1 (Form 1065) 2018      LEV INVESTMENTS LLC      47-3833674                                    Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows.

| | *Report on* |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Partner's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2  Net rental real estate income (loss)** — See the Partner's Instructions

**3  Other net rental income (loss)**

| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Partner's Instructions |

**4  Guaranteed payments** — Schedule E, line 28, column (k)
**5  Interest income** — Form 1040, line 2b
**6 a** Ordinary dividends — Form 1040, line 3b
**6 b** Qualified dividends — Form 1040, line 3a
**6 c** Dividend equivalents — See the Partner's Instructions
**7  Royalties** — Schedule E, line 4
**8  Net short-term capital gain (loss)** — Schedule D, line 5
**9 a** Net long-term capital gain (loss) — Schedule D, line 12
**9 b** Collectibles (28%) gain (loss) — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
**9 c** Unrecaptured section 1250 gain — See the Partner's Instructions
**10  Net section 1231 gain (loss)** — See the Partner's Instructions
**11  Other income (loss)**

*Code*
**A** Other portfolio income (loss) — See the Partner's Instructions
**B** Involuntary conversions — See the Partner's Instructions
**C** Sec. 1256 contracts & straddles — Form 6781, line 1
**D** Mining exploration costs recapture — See Pub. 535
**E** Cancellation of debt — Schedule 1 (Form 1040), line 21 or Form 982
**F** Section 951A income
**G** Section 965(a) inclusion
**H** Subpart F income other than sections 951A and 965 inclusion — See the Partner's Instructions
**I** Other income (loss)

**12  Section 179 deduction** — See the Partner's Instructions
**13  Other deductions**

**A** Cash contributions (60%)
**B** Cash contributions (30%)
**C** Noncash contributions (50%)
**D** Noncash contributions (30%)
**E** Capital gain property to a 50% organization (30%)
**F** Capital gain property (20%)
**G** Contributions (100%) — See the Partner's Instructions
**H** Investment interest expense — Form 4952, line 1
**I** Deductions — royalty income — Schedule E, line 19
**J** Section 59(e)(2) expenditures — See the Partner's Instructions
**K** Excess business interest expense — See the Partner's Instructions
**L** Deductions — portfolio (other) — Schedule A, line 16
**M** Amounts paid for medical insurance — Schedule A, line 1 or Schedule 1 (Form 1040), line 29
**N** Educational assistance benefits — See the Partner's Instructions
**O** Dependent care benefits — Form 2441, line 12
**P** Preproductive period expenses — See the Partner's Instructions
**Q** Commercial revitalization deduction from rental real estate activities — See Form 8582 Instructions
**R** Pensions and IRAs — See the Partner's Instructions
**S** Reforestation expense deduction — See the Partner's Instructions
**T** through **V** — Reserved for future use
**W** Other deductions — See the Partner's Instructions
**X** Section 965(c) deduction — See the Partner's Instructions

**14  Self-employment earnings (loss)**

**Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

**A** Net earnings (loss) from self-employment — Schedule SE, Section A or B
**B** Gross farming or fishing income — See the Partner's Instructions
**C** Gross non-farm income — See the Partner's Instructions

**15  Credits**

**A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings
**B** Low-income housing credit (other) from pre-2008 buildings
**C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings
**D** Low-income housing credit (other) from post-2007 buildings — See the Partner's Instructions
**E** Qualified rehabilitation expenditures (rental real estate)
**F** Other rental real estate credits
**G** Other rental credits
**H** Undistributed capital gains credit — Schedule 5 (Form 1040), line 74, box a
**I** Biofuel producer credit

| | *Code* | | *Report on* |
|---|---|---|---|
| | **J** Work opportunity credit | | |
| | **K** Disabled access credit | | |
| | **L** Empowerment zone employment credit | | |
| | **M** Credit for increasing research activities | | See the Partner's Instructions |
| | **N** Credit for employer social security and Medicare taxes | | |
| | **O** Backup withholding | | |
| | **P** Other credits | | |

**16  Foreign transactions**

**A** Name of country or U.S. possession
**B** Gross income from all sources — Form 1116, Part I
**C** Gross income sourced at partner level

*Foreign gross income sourced at partnership level*

**D** Section 951A category
**E** Foreign branch category
**F** Passive category — Form 1116, Part I
**G** General category
**H** Other

*Deductions allocated and apportioned at partner level*

**I** Interest expense — Form 1116, Part I
**J** Other — Form 1116, Part I

*Deductions allocated and apportioned at partnership level to foreign source income*

**K** Section 951A category
**L** Foreign branch category
**M** Passive category — Form 1116, Part I
**N** General category
**O** Other

*Other information*

**P** Total foreign taxes paid — Form 1116, Part II
**Q** Total foreign taxes accrued — Form 1116, Part II
**R** Reduction in taxes available for credit — Form 1116, line 12
**S** Foreign trading gross receipts — Form 8873
**T** Extraterritorial income exclusion — Form 8873
**U** Section 951A(c)(1)(A) tested income
**V** Tested foreign income tax — See the Partner's Instructions
**W** Section 965 information
**X** Other foreign transactions

**17  Alternative minimum tax (AMT) items**

**A** Post-1986 depreciation adjustment
**B** Adjusted gain or loss
**C** Depletion (other than oil & gas) — See the Partner's Instructions and the Instructions for Form 6251
**D** Oil, gas, & geothermal — gross income
**E** Oil, gas, & geothermal — deductions
**F** Other AMT items

**18  Tax-exempt income and nondeductible expenses**

**A** Tax-exempt interest income — Form 1040, line 2a
**B** Other tax-exempt income — See the Partner's Instructions
**C** Nondeductible expenses — See the Partner's Instructions

**19  Distributions**

**A** Cash and marketable securities
**B** Distribution subject to section 737 — See the Partner's Instructions
**C** Other property

**20  Other information**

**A** Investment income — Form 4952, line 4a
**B** Investment expenses — Form 4952, line 5
**C** Fuel tax credit information — Form 4136
**D** Qualified rehabilitation expenditures (other than rental real estate) — See the Partner's Instructions
**E** Basis of energy property
**F** Recapture of low-income housing credit (section 42(j)(5)) — Form 8611, line 8
**G** Recapture of low-income housing credit (other) — Form 8611, line 8
**H** Recapture of investment credit — See Form 4255
**I** Recapture of other credits — See the Partner's Instructions
**J** Look-back interest — completed long-term contracts — See Form 8697
**K** Look-back interest — income forecast method — See Form 8866
**L** Dispositions of property with section 179 deductions
**M** Recapture of section 179 deduction
**N** Interest expense for corporate partners
**O** through **Y**
**Z** Section 199A income
**AA** Section 199A W-2 wages
**AB** Section 199A unadjusted basis — See the Partner's Instructions
**AC** Section 199A REIT dividends
**AD** Section 199A PTP income
**AE** Excess taxable income
**AF** Excess business interest income
**AG** Gross receipts for section 59A(e)
**AH** Other information

Partner 1:  EKATERINA LYUDKOVSKAYA      Foreign US                    PTPA0312L  12/11/18      **Schedule K-1 (Form 1065) 2018**

**RESOLUTIONS OF LEV INVESTMENTS, LLC
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Dmitri Lyuidkovskiy, hereby certify as follows:

I am the sole Manager of Lev Investments, LLC (the "Company") with power to eenter into and execute this resolution. Based on recent developments with respect to the Company, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

**RESOLVED**, that Dmitri Lyuidkovskiy ("DL") is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

**FURTHER RESOLVED**, that DL is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

**FURTHER RESOLVED**, that DL is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which DL deems necessary and proper in connection with the Company's bankruptcy case;

**FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

**FURTHER RESOLVED,** that DL is hereby authorized and directed on behalf of and in the name of the Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated: June 1, 2020

LEV INVESTMENTS, LLC

Dmitri Lyuidkovskiy, Its Manager

Fill in this information to identify the case:

Debtor name    **Lev Investments, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2020**        X _____
                                        Signature of individual signing on behalf of debtor

                                        **Dmitri Lioudkovski**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lev Investments, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LDI Ventures, LLC 423 N Palm dr Beverly Hills, CA 90210** | | **investor loans** | | | | **$2,800,000.00** |
| **Michael Masinovsky 21810 Eaton Place Cupertino, CA 95014** | | **investor loans (subject to offset/reduction)** | **Unliquidated Subject to Setoff** | | | **$228,860.00** |
| **Landmark Land, LLC Attn Alex Polovinchik 860 Via De La Paz, suite E-1 Pacific Palisades, CA 90272** | | **Obligation due to terminated escrow** | **Unliquidated** | | | **$50,000.00** |
| **G&B Law, LLP Attn:  James R. Felton 16000 Ventura Blvd., suite 1000 Encino, CA 91436** | | **legal fees** | | | | **$0.00** |
| **Jeff Nodd, Esq. 15250 Ventura Blvd Encino, CA 91436** | | **legal fees (contingency case)** | **Unliquidated** | | | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - San Fernando

In re   **Lev Investments, LLC** _____

Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EKATERINA LYUDKOVSKAYA**<br>**Oktyabrdkiy per.5, unit 1**<br>**Moscow, Russia  12701** | **Member** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 1, 2020** _____

Signature _____
**Dmitri Lioudkovski**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    **Sherman Oaks**                              , California.

Date:    **June  1, 2020**

**Dmitri Lioudkovski**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name       **Lev Investments, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................   $     **3,300,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................   $     **2,619,550.48**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................   $     **5,919,550.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **1,065,675.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **3,078,860.00**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

    $     **4,144,535.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Lev Investments, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account at Wells Fargo** | **Checking** | 9089 | **$28,412.16** |
| 3.2. | **Checking account at Wells Fargo Bank** | **Checking** | 8367 | **$21,138.32** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                        **$49,550.48**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lev Investments, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,570,000.00** | - | **0.00** | = .... | **$2,570,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$2,570,000.00

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.        Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Lev Investments, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **Single Family residence located at 13854 Albers Street, Sherman Oaks, CA 91401** | Fee simple | $3,300,000.00 | | $3,300,000.00 |

| 56. | **Total of Part 9.** | | $3,300,000.00 |
|---|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| 71. | **Notes receivable** Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Claims and causes of action agains Sensible Consulting & Management, Inc. re: usury, fraud and related claims** Nature of claim | **Unknown** |
| | Amount requested $0.00 | |
| | **Claims against former counsel re: professional negligence** Nature of claim | **Unknown** |
| | Amount requested $0.00 | |

Debtor   **Lev Investments, LLC**                                      Case number *(if known)* _____
         <sub>Name</sub>

| | |
|---|---|
| **Clasim against FR, LLC and co-conspirators related to fraud, including, without limittion, hijacking of Debtor's real property** | **Unknown** |
| **Nature of claim** | |
| **Amount requested**                        $0.00 | |

| | |
|---|---|
| **Claims against Real Property Trustee, Inc., re wrongful foreclosure advise re: Coachella property** | **Unknown** |
| **Nature of claim** | |
| **Amount requested**                        $0.00 | |

| | |
|---|---|
| **Claims against insurance company for damage and bad faith coverage related to Sherman Oaks residence and insruance denial of coveage** | **Unknown** |
| **Nature of claim** | |
| **Amount requested**                        $0.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                        **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Lev Investments, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,550.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,570,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $3,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,619,550.48 | + 91b. $3,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,919,550.48 |

**Fill in this information to identify the case:**

Debtor name   **Lev Investments, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1   Los Angeles County Tax Collector**

Creditor's Name

P.O. Box 54018
Los Angeles, CA 90054-0018

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Los Angeles County Tax Collector
2. Sensible Consulting & Mgmt Inc
3. Ming Zhou

**Describe debtor's property that is subject to a lien**
Single Family residence located at 13854 Albers Street, Sherman Oaks, CA 91401

**Describe the lien**
statutory property tax

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $18,000.00 | $3,300,000.00 |
|---|---|---|---|

**2.2   Ming Zhou**

Creditor's Name

Thomas Krantz, Esq.
2082 Michelson Drive, Suite 212
Irvine, CA 92612

Creditor's mailing address

_____

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
Single Family residence located at 13854 Albers Street, Sherman Oaks, CA 91401

**Describe the lien**
investor/creditor  obligation (not debtor obligation)

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

| | | $0.00 | $3,300,000.00 |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lev Investments, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **Sensible Consulting & Mgmt Inc** | Describe debtor's property that is subject to a lien | $1,047,675.00 | $3,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o John Burgee Esq.
20501 Ventura Boulevard,
Suite 262
Woodland Hills, CA 91364**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Single Family residence located at 13854 Albers Street, Sherman Oaks, CA 91401**

**Describe the lien**
**investor lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,065,675.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael Leizerovitz
15 Via Monarca St.
Dana Point, CA 92629** | Line   **2.3** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Lev Investments, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO__

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**2.1** Priority creditor's name and mailing address

**Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

                                                                                          Amount of claim

| Debtor | **Lev Investments, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** | Nonpriority creditor's name and mailing address
**FR, LLC**
c/o Michael Shemtoub, Esq.
4929 Wilshire Blvd., suite 702
Los Angeles, CA 90010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Fraudulent lawsuit and lis pendens - listed for notice purposes 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address
**G&B Law, LLP**
Attn:  James R. Felton
16000 Ventura Blvd., suite 1000
Encino, CA 91436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal fees 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address
**Jeff Nodd, Esq.**
15250 Ventura Blvd
Encino, CA 91436

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  legal fees (contingency case) 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**Landmark Land, LLC**
Attn Alex Polovinchik
860 Via De La Paz, suite E-1
Pacific Palisades, CA 90272

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$50,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Obligation due to terminated escrow 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**LDI Ventures, LLC**
423 N Palm dr
Beverly Hills, CA 90210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$2,800,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  investor loans 

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Michael Masinovsky**
21810 Eaton Place
Cupertino, CA 95014

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$228,860.00**
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  investor loans (subject to offset/reduction) 

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Real Property Trustee, Inc.**
P.O. Box 17064
Beverly Hills, CA 90209

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  notice only 

Is the claim subject to offset? ☐ No  ■ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

| Debtor | **Lev Investments, LLC** | | Case number (if known) | |
|--------|--------------------------|--|------------------------|--|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|--|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 3,078,860.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,078,860.00 |

**Fill in this information to identify the case:**

Debtor name    **Lev Investments, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lev Investments, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**David B. Golubchik 185520**
**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
**California State Bar Number: 185520 CA**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

In re:

**Lev Investments, LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **June 1, 2020**

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **June 1, 2020**

_/s/ David B. Golubchik_
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Lev Investments, LLC
PO Box 16646
Beverly Hills, CA 90209


David B. Golubchik
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


FR, LLC
c/o Michael Shemtoub, Esq.
4929 Wilshire Blvd., suite 702
Los Angeles, CA 90010


Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812


G&B Law, LLP
Attn: James R. Felton
16000 Ventura Blvd., suite 1000
Encino, CA 91436


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


Jeff Nodd, Esq.
15250 Ventura Blvd
Encino, CA 91436

Landmark Land, LLC
Attn Alex Polovinchik
860 Via De La Paz, suite E-1
Pacific Palisades, CA 90272


LDI Ventures, LLC
423 N Palm dr
Beverly Hills, CA 90210


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018


Michael Leizerovitz
15 Via Monarca St.
Dana Point, CA 92629


Michael Masinovsky
21810 Eaton Place
Cupertino, CA 95014


Ming Zhou
Thomas Krantz, Esq.
2082 Michelson Drive, Suite 212
Irvine, CA 92612


Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209


Sensible Consulting & Mgmt Inc
c/o John Burgee Esq.
20501 Ventura Boulevard, Suite 262
Woodland Hills, CA 91364

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik 185520**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **185520 CA** | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Lev Investments, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David B. Golubchik 185520**                                            , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

      ☐ I am the president or other officer or an authorized agent of the Debtor corporation

      ☐ I am a party to an adversary proceeding

      ☐ I am a party to a contested matter

      ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **June  1, 2020** | By:  **/s/ David B. Golubchik** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name:   **David B. Golubchik 185520** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**