DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LC, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF DAVID GOLUBCHIK IN RESPONSE TO "EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209"** [No Hearing Set] |

1

I, David Golubchik, hereby declare as follows:

1. I am over 18 years of age. Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am licensed to practice law in California state courts and before this Court. I am a partner of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P ("LNBYB"), proposed counsel to Lev Investments, LLC, the Debtor and debtor in possession ("Debtor") herein.

3. I have reviewed the "Emergency Motion To Recuse David Golubchik And The Law Firm Of Levene, Neale, Bender, Yoo & Brill LLP, From All Further Participation In This Case, All Related Cases, And For An Order Disgorging All Funds Received By The Firm Due To Undisclosed Conflicted Representation Of The Debtor In Re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209" (the "Motion"). Pursuant to the Motion, Mariya Ayzenberg and Mike Kemel ("Interlopers") assert that LNBYB and I have represented them in the Chapter 13 bankruptcy case of In re Upadhya, 2:19-bk-12043-VZ (the "Chapter 13 Case"), assisted them in purchasing the Sherman Oaks property which is the subject of the Debtor's bankruptcy case and provided them with financial and tax advice. Based on the foregoing, the Interlopers assert that LNBYB and I have a conflict representing the Debtor and should be recused and sanctions.

4. For the reasons discussed below, even those admitted to by the Interlopers, the Motion has no merit and should be denied. However, rather than ruling on the Motion at this time, I think it would be appropriate for the Court to continue the hearing on the Motion with an order requiring the Interlopers to submit to discovery to assist with a criminal referral investigation.

5. Upon receiving and reviewing the Motion, I reviewed LNBYB internal records, including, without limitation, case memos, conflict memos for the names of the Interlopers. I also reviewed my emails with respect to the Interlopers as well as Aykem LLC. Finally, I reviewed all my time sheet entries with respect to Aykem LLC and the Chapter 13 case.

2

1      6.      Neither LNBYB nor I have records of any contacts with, or communications with, a Mariya Ayzenberg. I am certain that neither LNBYB nor I assisted her in any way, in connection with her alleged funding of the Sherman Oaks property. Based on my review of emails and records, I have received absolutely no documents from Ms. Ayzenberg.

7.      The Interlopers assert that I knew or should have known that Aykem, LLC, for whom LNBYB did provide some services, was a company owned or controlled by Ms. Ayzenberg based on the public records on file with the California Secretary of State. As discussed in more detail below, LNBYB's services for Aykem were completed and terminated in April 2019. Based on my review of the California Secretary of State records, Ms. Ayzenberg's registration and disclosure of her identity did not occur until December 2019, approximately eight (8) months after our services ceased. A true and correct copy of the Registration, which I personally downloaded, is attached hereto as **Exhibit "A"**.

8.      I have conducted a similar investigation and search with respect to Mike Kemel as I did for Mariya Ayzenberg. Other than the connection to Aykem, as discussed below, there were no services or advice rendered for Mr. Kemel.

9.      On March 17, 2019, Gina Lisitsa emailed me asking if I can assist her client, Aykem, LLC in opposing the confirmation of a Chapter 13 plan in the Chapter 13 Case and assist with the relief from stay proceeding, which Ms. Lisitsa initiated on behalf of Aykem, LLC. On March 20, 2019, I sent an engagement agreement to Aykem, LLC. Mike Kemel executed the engagement agreement as its manager. The engagement agreement provides, in relevant part, as follows (as disclosed in the Motion):

> LNBYB's employment shall be limited to the representation of the Client, separate and distinct from Client's companies, agents, employees, family members and others. LNBYB cannot represent or advise others in connection with the matters for which it is being retained. Therefore, such parties as partnerships, corporations, guarantors and affiliates, for example, should consider retaining separate counsel to represent and provide such advice as may be necessary or appropriate from time to time.

Based on the foregoing language, LNBYB was only engaged to represent Aykem, LLC and no one else, including, without limitation the Interlopers. A retainer of $5,000 was wired.

3

10. Upon being engaged, I worked with Mark Young of Donahoe & Young, counsel for the Chapter 13 debtor, to negotiate a payoff of the secured debt through a refinancing of the debtor's property. On April 29, 2020, LNBYB services were concluded based on a successful conclusion and I caused the unused portion of the retainer to be refunded to the client.

11. Based on my review of all correspondence, documents and time records, at no time was I or LNBYB provided with any personal information of the Interlopers or any entity other than Aykem. With respect to Aykem, we received no financials for the company since that would not be necessary. We simply negotiated a payoff of the secured debt from a Chapter 13 debtor.

12. Based on my recollection of activity, including review of my time records, I never had any discussions with any of the Interlopers. All discussions were with Ms. Lisitsa and all discussions were limited to the Chapter 13 case. Neither I nor anyone at LNBYB provided any tax, financial or other advice to the Interlopers.

13. Mr. Kemel further asserts in his declaration that I should have known about Aykem's involvement in this bankruptcy case because the Sherman Oaks house was funded by Aykem. Of course, no evidence was provided to support the foregoing. Attached hereto as **Exhibit "B"** is a true and correct copy of the closing statement for the funding of the Sherman Oaks property, which clearly states that the $300,000 was funded by "Mariya Ayzenberg". Moreover, this had absolutely nothing to do with LNBYB's prior representation and, in my experience, does not create a conflict.

14. Based on all of the foregoing, I believe that the Motion should be denied.

I declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 29th day of June 2020, at Los Angeles, California.

                                           */s/ David B. Golubchik*
                                           DAVID B. GOLUBCHIK

# EXHIBIT "A"



**Secretary of State**
**Application to Register a Foreign Limited Liability Company (LLC)**

LLC-5

2019345 10124

FILED
Secretary of State
State of California

DEC 02 2019

IPC

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee** – $70.00

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov*.

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

AYKEM, LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2. LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 6 / 23 / 2015 | DE |

**c. Authority Statement** (Do not alter Authority Statement)
This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4923 Lindley Ave | Tarzana | CA | 91356 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 4923 Lindley Ave | Tarzana | CA | 91356 |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Mariya | | Ayzenberg | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 4923 Lindley Ave | Tarzana | CA | 91356 |

**CORPORATION** – Complete Item 4c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| |

**5. Read and Sign Below** (See Instructions. Title not required.)

By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized to sign on behalf of the foreign LLC.

_/s/ M Ayzenberg_          Mariya Ayzenberg
Signature                    Type or Print Name

LLC-5 (REV 08/2019)                    2019 California Secretary of State
                                       bizfile.sos.ca.gov

# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AYKEM, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF AUGUST, A.D. 2019.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "AYKEM, LLC" WAS FORMED ON THE TWENTY-THIRD DAY OF JUNE, A.D. 2015.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

5772425  8300
SR# 20196454169

Authentication: 203389266
Date: 08-12-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

2019345 10124

# EXHIBIT "B"

Lawyers Title Company  
7530 N. Glenoaks Blvd. Burbank CA 91504  
Phone: (818) 767-2000  
Fax: (818) 767-5890  
Escrow Officer: Marleny Martin

BUL25948-MM

## Buyer's / Borrower's Settlement Statement - Final

| | |
|---|---|
| **Property:** 13854 Albers Street, Los Angeles, CA 91401 | **Closed Date:** 12/31/2018 |
| | **Loan Number:** |
| | **Disbursement Date:** 12/31/2018 |
| **Buyer:** Lev Investments, LLC, a California limited liability company<br>Ruvin Feygenberg<br>Michael Leizerovitz | **Escrow Number:** BUL25948-MM |

|  | **Debits** | **Credits** |
|---|---:|---:|
| **Purchase Price** | | |
| Purchase Price | $2,037,302.61 | |
| **Deposits** | | |
| Third Party Deposit - Buyer from MARIYA AYZENBERG | | $300,000.00 |
| Third Party Deposit - Buyer from LISITSA LAW, INC | | $1,738,000.00 |
| Third Party Deposit - Buyer from LISITSA LAW, INC | | $3,000.00 |
| **Prorations** | | |
| Federal Express | $35.86 | |
| **Escrow Charges** | | |
| Mobile Signing/Notary Service Jennifer Kirkendall to Lawyers Title Escrow Burbank | $15.00 | |
| Special Messenger Tag# 910644 to Lawyers Title Company | $25.48 | |
| **Escrow Fees** | | |
| Escrow Fees to Lawyers Title Company | $1,200.00 | |
| **Title Charges** | | |
| Endorsement - Lender's Policy to Lawyers Title Co | $339.00 | |
| **Recording Fees / Transfer Taxes** | | |
| CA Affordable Housing Recording Fee | $150.00 | |
| Record Assignment | $46.00 | |
| Recording Service Fee to Synrgo | $14.00 | |
| **Proceeds or Balance Due** | | |
| Borrower Refund | $1,872.05 | |
| **Balance Due** | | $0.00 |
| **Totals:** | $2,041,000.00 | $2,041,000.00 |

**Save this Statement for Income Tax purposes.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF DAVID GOLUBCHIK IN RESPONSE TO "EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Bunker    kate.bunker@usdoj.gov
- John Burgee    jburgee@bandalaw.net
- Caroline Renee Djang (TR)    caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Thomas D Sands    thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
- Michael Shemtoub    michael@lexingtonlg.com
- David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com; DianaChau@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **June 29, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Ctrm 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2020 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**