DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LC, | Chapter 11 |
| Debtor and Debtor in Possession. | **ERRATA TO NOTICE OF MOTION AND MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** |
| | Hearing:<br>Date: July 16, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom "301"<br>           21041 Burbank Boulevard<br>           Woodland Hills, California 91367 |

1

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE SUBCHAPTER V TRUSTEE, ALL CREDITORS, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

Levene, Neale, Bender, Yoo & Brill L.L.P., proposed counsel for Lev Investments, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, hereby files this Errata, with its apologies to the Court, to correct the name of the United States Bankruptcy Judge referenced in the first paragraph on page 2 of the *Notice Of Motion And Motion By Debtor For Order Approving Compromise Of Controversy Pursuant To Federal Rule Of Bankruptcy Procedure 9019* [Doc. No. 43] (the "Compromise Motion").

The hearing on the Compromise Motion will be held on July 16, 2020 at 1:30 p.m., before the **Honorable Victoria S. Kaufman**, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in Courtroom "301" located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

Dated:  June 29, 2020  LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.

By: /s/ Juliet Y. Oh
DAVID B. GOLUBCHIK
JULIET Y. OH
LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor
and Debtor-in-Possession

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **ERRATA TO NOTICE OF MOTION AND MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 29, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Bunker    kate.bunker@usdoj.gov
- John Burgee    jburgee@bandalaw.net
- Caroline Renee Djang (TR)    caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Thomas D Sands    thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
- Michael Shemtoub    michael@lexingtonlg.com
- David A Tilem    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com; DianaChau@tilemlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **June 29, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 29, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Overnight Mail*
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Ctrm 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2020 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing           Franchise Tax Board                      G&B Law, LLP
0973-1                                    Special Procedures                       Attn:  James R. Felton
Case 1:20-bk-11006-VK                     POB 2952                                 16000 Ventura Blvd., suite 1000
Central District of California            Sacramento, CA 95812-2952                Encino, CA 91436-2762
San Fernando Valley
Mon Jun 22 11:10:19 PDT 2020

FR, LLC
c/o Michael Shemtoub, Esq.
4929 Wilshire Blvd., suite 702
Los Angeles, CA 90010-3824


(p)INTERNAL REVENUE SERVICE              Jeff Nodd, Esq.                           LDI Ventures, LLC
CENTRALIZED INSOLVENCY OPERATIONS        15250 Ventura Blvd                        423 N Palm dr
PO BOX 7346                              Encino, CA 91403-3201                     Beverly Hills, CA 90210-3974
PHILADELPHIA PA 19101-7346


Landmark Land, LLC                       (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Michael Leizerovitz
Attn Alex Polovinchik                    ATTN BANKRUPTCY UNIT                      15 Via Monarca St.
860 Via De La Paz, suite E-1             PO BOX 54110                              Dana Point, CA 92629-4082
Pacific Palisades, CA 90272-3668         LOS ANGELES CA 90054-0110


Michael Masinovsky                       Ming Zhou                                 (p)REAL PROPERTY TRUSTEE  INC
21810 Eaton Place                        Thomas Krantz, Esq.                       ATTN MIKE KEMEL
Cupertino, CA 95014-1182                 2082 Michelson Drive, Suite 212           PO BOX 17064
                                         Irvine, CA 92612-1213                     BEVERLY HILLS CA 90209-3064


Sensible Consulting & Mgmt Inc           Thomas Sands, Esq.
c/o John Burgee Esq.                     The Sands Law Group, APLC
20501 Ventura Boulevard, Suite 262       205 South Broadway, Suite 903
Woodland Hills, CA 91364-6410            Los Angeles, CA 90012-3618


United States Trustee (SV)               Caroline Renee Djang (TR)
915 Wilshire Blvd, Suite 1850            18101 Von Karman Ave., Suite 1000
Los Angeles, CA 90017-3560               Irvine, CA 92612-0164
```