| | |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYB.COM; JYO@LNBYB.COM<br><br>Proposed Attorneys for Chapter 11 Debtor and Debtor-in-Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>LEV INVESTMENTS, LLC,<br><br>　　　　　Debtor and Debtor in Possession. | 1:20-bk-11006-VK<br><br>Chapter 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON,** *EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209* **AND REQUIRING DECLARANTS TO APPEAR FOR SUCH ORAL EXAMINATIONS AT THE HEARING ON SUCH MOTION** |

　　　　PLEASE TAKE NOTE that the order titled **ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209 AND REQUIRING DECLARANTS TO APPEAR FOR SUCH ORAL EXAMINATIONS AT THE HEARING ON SUCH MOTION** was lodged on June 30, 2020 and is attached. This order relates to the motion which is docket number 56 and the opposition which is docket number 71.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　Page 1　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:20-bk-11006-VK |
| | Chapter 11 |
| LEV INVESTMENTS, LLC, | |
| | **ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON,** *EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209* **AND REQUIRING DECLARANTS TO APPEAR FOR SUCH ORAL EXAMINATIONS AT THE HEARING ON SUCH MOTION** |
| Debtor. | |
| | [RELATES TO DOC. NO. 56] |
| | [Hearing To Be Set] |

1  The Court, having considered that certain *Opposition To, And Request For Entry Of Order Allowing Oral Examinations Of Declarants At Hearing On, Emergency Motion To Recuse David Golubchik And The Law Firm Of Levene, Neale, Bender, Yoo & Brill LLP, From All Further Participation In This Case, All Related Cases, And For An Order Disgorging All Funds Received By The Firm Due To Undisclosed Conflicted Representation Of The Debtor In Re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209* [Doc. No. 71] (the "Request") filed by proposed counsel for the Debtor, Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), all papers filed by LNBYB in support of the Request, and the entire record of the Debtor's case, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Request is approved.

2. Mariya Ayzenberg and Mike Kemel (together, the "Movants") shall set the *Emergency Motion To Recuse David Golubchik And The Law Firm Of Levene, Neale, Bender, Yoo & Brill LLP, From All Further Participation In This Case, All Related Cases, And For An Order Disgorging All Funds Received By The Firm Due To Undisclosed Conflicted Representation Of The Debtor In Re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209* [Doc. No. 56] (the "Recusal Motion") for hearing in compliance with Local Bankruptcy Rule 9013-1 or other applicable Local Bankruptcy Rule.

3. All parties who have submitted declarations in support of, or in opposition to, the Recusal Motion, including, without limitation, the Movants and David B. Golubchik, shall be required to appear for oral examination at the hearing on the Recusal Motion.

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 30, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Katherine Bunker     kate.bunker@usdoj.gov
- John Burgee     jburgee@bandalaw.net
- Caroline Renee Djang (TR)     caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- James R Felton     jfelton@gblawllp.com, nknadjian@gblawllp.com
- David B Golubchik     dbg@lnbyb.com, stephanie@lnbyb.com
- Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
- Thomas D Sands     thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
- Michael Shemtoub     michael@lexingtonlg.com
- David A Tilem     davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **June 30, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 30, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail***
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Ctrm 301
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 30, 2020 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**