Michael Shemtoub, Esq. (SBN 253948)
BEVERLY LAW
4929 Wilshire Blvd Suite 915
Los Angeles CA 90010
Telephone: (310) 552 6959
Facsimile: (323) 421 9397

Attorney for Mike Kemel, Mariya Ayzenberg

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>LEV INVESTMENTS, LLC,<br><br>Debtor. | Case No.: 1:20-bk-11006-VK<br><br>Chapter 11, subchapter V<br><br>RESPONSE TO OPPOSITION TO, AND REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF<br><br>[RELATES TO DOC. NO. 56, 71, 72] |

1
RESPONSE TO OPPOSITION TO, AND REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF

**TO THE HON. VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST: AND T**

**PLEASE TAKE NOTICE** that Mike Kemel, Mariya Ayzenberg, and the undersigned deeply disturbed by the desperate insinuations of wrongdoing that are being made by Mr. Golubchik.

It is readily apparent that Mr. Golubchik does admit that he must be disqualified; the caveat that he asserts is that he does not believe Ms. Ayzenberg and Mr. Kemel, in the papers presented to the Court by the undersigned, are not the "real" Ms. Ayzenberg and Mr. Kemel. This makes sense when Mr. Golubchik. Called the mother and son "interlopers." An "interloper" is defined as "a person who interferes or meddles in the affairs of others." Indeed, Ms. Ayzenberg and Mr. Kemel, who are being sued by the Estate, and whose secrets, confidences, and privileges, the conduct of Mr. Golubchik has recklessly dispatched are not "interlopers." Unless they are not the "real" Ms. Ayzenberg and Mr. Kemel, as Mr. Golubchik implies.

Given the gravity of the accusations made by Mr. Golubchik, it is only fair to Ms. Ayzenberg and Mr. Kemel and the undersigned to have a private in-camera zoom conference with the Court, where the Court be provided satisfactory identification of both Ms. Ayzenberg and Mr. Kemel and once satisfied of that fact, the Court must Order the recusal of Mr. Golubchik. No further inquiry into the relationship is permitted as that inquiry would invade the very attorney-client, client-confidential-matter, sought to be protected. To curtail the very inquiry that Mr. Golubchik seeks to do, versus one that is offered by the Moving Parties, is why the law presumes that confidences were shared and secrets divulged between attorney and client.

An attorney-client relationship is "inherently one during which confidential information would normally have been imparted to the attorney." *Jessen v. Hartford Cas. Ins. Co.*, 111 Cal.App.4th at 709, 3 Cal.Rptr.3d at 885 (internal quotes and citation omitted). The presumption also avoids the ironic result of disclosing the former client's confidences and secrets through inquiry into the actual state of the lawyer's knowledge in proceedings to disqualify the attorney; the very request and inquiry that Mr.

2
RESPONSE TO OPPOSITION TO, AND REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF

Golubchik wishes to conduct is the very one that is unlawful. *H.F. Ahmanson & Co. v. Salomon Bros., Inc.* (1991) 229 Cal.App.3d 1445, 1453, 280 Cal.Rptr. 614, 618.

After the disqualification of Mr. Golubchik, he must be Ordered to disgorge all fees that he has obtained from the Estate in toto. *In re Occidental Fin'l Group, Inc.* (9th Cir. 1994) 40 F.3d 1059, 1063--attorney ordered to disgorge fees based on undisclosed conflict of interest could not seek fee approval on quantum meruit basis.

The Court should conduct the "identification" meeting in haste as further delay is further injurious to Ms. Ayzenberg and Mr. Kemel. Mr. Golubchik is taking this matter rather personally. Mr. Golubchik should not. His recusal is required by the *law* of the *profession of law*.

Respectfully submitted,

DATED: June 30, 2020                     BEVERLY LAW


By: _____
Michael Shemtoub, Esq.
Attorney for Mr. Kemel and Ms. Ayzenberg

3
RESPONSE TO OPPOSITION TO, AND REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Blvd, Suite 702, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO OPPOSITION TO, AND REQUEST FOR ENTRY OF ORDER ALLOWING ORAL EXAMINATIONS OF DECLARANTS AT HEARING ON, EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER, YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209; DECLARATION OF DAVID B. GOLUBCHIK IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6-30-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com; DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

            X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 6-30-2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

            X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06-30/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

            X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6-30-2020 | Michael Shemtoub, Esq. | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

```
0973-1
Case 1:20-bk-11006-VK                                                                      Franchise Tax Board
Central District of California        ATTN BANKRUPTCY UNIT                                 Bankruptcy Section MS: A-340
San Fernando Valley                   PO BOX 54110                                         P. O. Box 2952
Tue Jun 16 14:06:24 PDT 2020          LOS ANGELES CA 90054-0110                            Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346                                                                                Lev Investments, LLC
Philadelphia, PA 19101-7346                                                                13854 Albers Street
                                                                                           Sherman Oaks, CA 91401-5811


(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL      Securities & Exchange Commission                     San Fernando Valley Division
LOS ANGELES CA 90012-3224             444 South Flower St., Suite 900                      21041 Burbank Blvd,
                                      Los Angeles, CA 90071-2934                           Woodland Hills, CA 91367-6606


FR, LLC
c/o Michael Shemtoub, Esq.            Franchise Tax Board                                  G&B Law, LLP
4929 Wilshire Blvd., suite 702        Special Procedures                                   Attn: James R. Felton
Los Angeles, CA 90010-3824            POB 2952                                             16000 Ventura Blvd., suite 1000
                                      Sacramento, CA 95812-2952                            Encino, CA 91436-2762


(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS     Jeff Nodd, Esq.                                      LDI Ventures, LLC
PO BOX 7346                           15250 Ventura Blvd                                   423 N Palm dr
PHILADELPHIA PA 19101-7346            Encino, CA 91403-3201                                Beverly Hills, CA 90210-3974


Landmark Land, LLC
Attn Alex Polovinchik                 Michael Leizerovitz                                  Michael Masinovsky
860 Via De La Paz, suite E-1          15 Via Monarca St.                                   21810 Eaton Place
Pacific Palisades, CA 90272-3668      Dana Point, CA 92629-4082                            Cupertino, CA 95014-1182


Ming Zhou
Thomas Krantz, Esq.                   (p)REAL PROPERTY TRUSTEE  INC                        Sensible Consulting & Mgmt Inc
2082 Michelson Drive, Suite 212       ATTN MIKE KEMEL                                      c/o John Burgee Esq.
Irvine, CA 92612-1213                 PO BOX 17064                                         20501 Ventura Boulevard, Suite 262
                                      BEVERLY HILLS CA 90209-3064                          Woodland Hills, CA 91364-6410


Thomas Sands, Esq.
The Sands Law Group, APLC             U.S. Trustee  San Fernando  Valley                   United States Trustee (SV)
205 South Broadway, Suite 903         915 Wilshire Blvd.                                   915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90012-3618            Suite 1850                                           Los Angeles, CA 90017-3560
                                      Los Angeles, CA 90017-3560


Caroline Renee Djang (TR)
18101 Von Karman Ave., Suite 1000     David B Golubchik                                    Juliet Y Oh
Irvine, CA 92612-0164                 Levene Neale Bender Yoo & Brill LLP                  10250 Constellation Blvd Ste 1700
                                      10250 Constellation Blvd Ste 1700                    Los Angeles, CA 90067-6253
                                      Los Angeles, CA 90067-6253
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27