Thomas D. Sands, Esq. SBN 279020
THE SANDS LAW GROUP, APLC
205 S Broadway, Ste 903
Los Angeles, California 90012
Telephone:    (213) 788-4412
Facsimile:    (888) 623-8382
Attorney for The Sands Law Group, APLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LLC, | Chapter 11, subchapter V |
| Debtor. | NOTICE OF WITHDRAWAL OF STATUS CONFERENCE? MORE AKIN TO THE TWILIGHT ZONE [DOC 67] WITHOUT PREJUDICE |
| | Date:    TBD<br>Time:    1:30 p.m.<br>Location:    Courtroom 301<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

TO THE HONORABLE COURT VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, ITS COUNSEL OF RECORD, AND ALL INTERESTED PARTIES:

Creditor The Sands Law Group, APLC, hereinafter Creditor or Sands, hereby WITHDRAWS STATUS CONFERENCE? MORE AKIN TO THE TWILIGHT ZONE [Doc 67] **without prejudice**.

Respectfully submitted,

DATED: July 1, 2020    **THE SANDS LAW GROUP**

By: _____
Thomas Sands, Esq.
Attorney for Creditor The Sands Law Group, APLC

---

1
NOTICE OF WITHDRAWAL OF STATUS CONFERENCE? MORE AKIN
TO THE TWILIGHT ZONE [DOC67] WITHOUT PREJUDICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:205 South Broadway #903, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF STATUS CONFERENCE? MORE AKIN TO THE TWILIGHT ZONE [DOC 67] WITHOUT PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7-1-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

       X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7-1-2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

       X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/1/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

       X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-1-2020 | Thomas Sands, Esq. | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
0973-1
Case 1:20-bk-11006-VK                                                              Franchise Tax Board
Central District of California      ATTN BANKRUPTCY UNIT                           Bankruptcy Section MS: A-340
San Fernando Valley                  PO BOX 54110                                   P. O. Box 2952
Tue Jun 16 14:06:24 PDT 2020         LOS ANGELES CA 90054-0110                      Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346                                                                         Lev Investments, LLC
Philadelphia, PA 19101-7346                                                         13854 Albers Street
                                                                                    Sherman Oaks, CA 91401-5811



(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL     Securities & Exchange Commission               San Fernando Valley Division
LOS ANGELES CA 90012-3224            444 South Flower St., Suite 900                21041 Burbank Blvd,
                                     Los Angeles, CA 90071-2934                     Woodland Hills, CA 91367-6606



FR, LLC
c/o Michael Shemtoub, Esq.           Franchise Tax Board                            G&B Law, LLP
4929 Wilshire Blvd., suite 702       Special Procedures                             Attn:  James R. Felton
Los Angeles, CA 90010-3824           POB 2952                                       16000 Ventura Blvd., suite 1000
                                     Sacramento, CA 95812-2952                      Encino, CA 91436-2762



(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS    Jeff Nodd, Esq.                                LDI Ventures, LLC
PO BOX 7346                          15250 Ventura Blvd                             423 N Palm dr
PHILADELPHIA PA 19101-7346           Encino, CA 91403-3201                          Beverly Hills, CA 90210-3974



Landmark Land, LLC
Attn Alex Polovinchik                Michael Leizerovitz                            Michael Masinovsky
860 Via De La Paz, suite E-1         15 Via Monarca St.                             21810 Eaton Place
Pacific Palisades, CA 90272-3668     Dana Point, CA 92629-4082                      Cupertino, CA 95014-1182



Ming Zhou
Thomas Krantz, Esq.                                                                 Sensible Consulting & Mgmt Inc
2082 Michelson Drive, Suite 212      (p)REAL PROPERTY TRUSTEE  INC                  c/o John Burgee Esq.
Irvine, CA 92612-1213                ATTN MIKE KEMEL                                20501 Ventura Boulevard, Suite 262
                                     PO BOX 17064                                   Woodland Hills, CA 91364-6410
                                     BEVERLY HILLS CA 90209-3064


Thomas Sands, Esq.
The Sands Law Group, APLC            U.S. Trustee  San Fernando  Valley             United States Trustee (SV)
205 South Broadway, Suite 903        915 Wilshire Blvd.                             915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90012-3618           Suite 1850                                     Los Angeles, CA 90017-3560
                                     Los Angeles, CA 90017-3560



Caroline Renee Djang (TR)
18101 Von Karman Ave., Suite 1000    David B Golubchik                              Juliet Y Oh
Irvine, CA 92612-0164                Levene Neale Bender Yoo & Brill LLP            10250 Constellation Blvd Ste 1700
                                     10250 Constellation Blvd Ste 1700              Los Angeles, CA 90067-6253
                                     Los Angeles, CA 90067-6253
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27