Thomas D. Sands, Esq. SBN 279020
THE SANDS LAW GROUP, APLC
205 S Broadway, Ste 903
Los Angeles, California 90012
Telephone:    (213) 788-4412
Facsimile:    (888) 623-8382

Attorney for The Sands Law Group, APLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | ) Case No.: 1:20-bk-11006-VK |
| | ) |
| LEV INVESTMENTS, LLC, | ) Chapter 11, subchapter V |
| | ) |
| Debtor. | ) **OPPOSITION TO EX PARTE** |
| | ) **APPLICATION TO ADVANCE** |
| | ) **HEARING STATUS CONFERENCE** |
| | ) [62] |
| | ) |
| | ) |

TO HONORABLE JUDGE KAUFMAN:

Things have gone off the rails.  There is a "Trustee" who is providing declarations to parties to impress upon the Court a fiction (i.e., that Bobritsky did not overhear the 341-Meeting because he did not announce himself in the spates of time that Ms. Djang was there; as if there was a duty to announce listening to a public event).  There is a "Trustee" that takes "skits" literally, but "literally" takes no offense at proven perjury.  See **Exs A**, and **B**, attached hereto (which is the June 28, 2020, request from counsel for the Debtor asking the undersigned to stipulate to removing from the docket that a "caught you lying to the Judge red-handed" motion (**Ex. A**) and the undersigned's same-day response to the request (**Ex. B**) on which Ms. Djang was copied on.

Not a peep out of "The Subchapter V Trustee" when a true fiduciary would have taken a flame thrower to the oath less Debtor and his intended co-conspirator / "realtor" who got caught trying to scam

the creditors out of 6% off a $3M sale.

And this "Subchapter V Trustee" audaciously, taunts that she is going to unleash Rule 11 Sanctions on the undersigned for replaying the interaction she had with counsel for the Debtor as the undersigned views the transaction?  Yes.  The undersigned will agree with Ms. Djang.  The case has gone off the rails and sunk into the abyss of corruption.  No "status conference" will cure the case.  However, a Trustee who knows what they are doing and whom they owe a duty to will.

Respectfully submitted,

DATED: June 29, 2020            THE SANDS LAW GROUP, APLC


By: _____
    Thomas D. Sands, Esq.
    Attorney for Creditor THE SANDS LAW GROUP, APLC

# EXHIBIT "A"

On Sun, Jun 28, 2020 at 2:58 PM Juliet Y. Oh <jyo@lnbyb.com> wrote:

Mr. Sands,

==After considering the opposition filed by your firm to the Debtor's application to employ Prime Capital Group, Inc. as its real estate broker, the Debtor has agreed to voluntarily dismiss the application.== I have prepared a short stipulation and order to effectuate such voluntary dismissal in compliance with Rule 9014(c) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(k).  Please provide me with your signature on the stipulation at your earliest convenience.

Thank you,
Juliet Oh

**JULIET Y. OH,** Esq.

**LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.**

10250 Constellation Blvd.   **|**   Suite 1700   **|**   Los Angeles, CA   90067

Phone  310 229 1234   **|**   Direct  310 229 3348   **|**   Fax  310 229 1244

JYO@lnbyb.com   **|**   **www.lnbyb.com**



The preceding E-mail message is subject to Levene, Neale, Bender, Yoo & Brill  L.L.P.'s
email policies which can be found at http://www.lnbyb.com/disclaimers.htm.

🌏  Please consider the environment before printing this email

# EXHIBIT "B"

**From:** Thomas Sands <thomas@thesandslawgroup.com>
**Sent:** Sunday, June 28, 2020 3:29 PM
**To:** Juliet Y. Oh <jyo@lnbyb.com>; kate.bunker@usdoj.gov; caroline.djang@bbklaw.com
**Cc:** David B. Golubchik <DBG@lnbyb.com>
**Subject:** Re: Lev Investments, LLC - Stipulation to Dismiss Broker Employment Application

Ms. Oh,

Thank you for the opportunity for me to stipulate to having the Motion dismissed voluntarily. However, the reason that there is a rule that prohibits dismissals/withdrawals of motions deliberately after there has been an objection or opposition interposed is so that the Court is kept fully appraised of the case.

Prime Capital, its president, and the Debtor and the DIP are being sued for fraud before Judge Tighe in 1:18-ap-01101-MT. The reckless declarations under penalty of perjury were filed that contained nothing but patent fabrications was drafted without a care for the truth; the DIP (if the DOJ gets involved is going to blame "google" for the translation. The conduct exhibited is reckless as there is no one that feels accountable in this case.

What makes the situation more frightening is that Mr. Golubchik too has acted untethered to facts. He made affirmative representations to the creditors that a sale of the property was "imminent" in order to panic the creditors into releasing valid liens against the property. WOW

Further illuminating the disaster of the case as prime for a neutral trustee is the fact that the DIP is engaged in utter disembowelment of all remnants of fiduciary duty to all of the creditors for the sake of personal profit, and the conduct is not tolerable.

The Application was recklessly drafted and irresponsibly filed. The same is true of the Nodd one (the Application offends every notion of RPC, Rule 1.7)(what type of an attorney has an insurance fraud disclaimer on their Retainer Agreement but an attorney whose engaged in insurance fraud)(imagine if there was a poison warning on a dinner menu of the restaurant you went to). The overall way that your firm has dealt with the matter is irresponsible. The Application to Employ Prime is part and parcel of my efforts to remove the DIP and have a neutral trustee appointed.

If you stipulate to the request I seek to have a trustee appointed, I will agree to stipulating that the Motion re Prime be withdrawn.

Sincerely,

Thomas D. Sands, Esq.



Honolulu
P.O. Box 532
Honolulu, Hawaii 96809
O: (213)-788-4412
F: (888)-623-8382

Los Angeles
205 S Broadway, Suite 903
Los Angeles, California 90012
O: (213)-788-4412
F: (888)-623-8382

CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the attachments accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please promptly notify the sender by reply e-mail, and then destroy all copies of the transmission.

FEDERAL FAIR DEBT COLLECTION PRACTICES ACT NOTICE: In accordance with the Federal Fair Debt Collection Practices Act, if this communication is generated in connection with a debt collection matter, you are advised this office is attempting to collect a debt, and any information obtained will be used for that purpose. Debt collection communications are confidential and intended only for the sole use of recipient.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:205 South Broadway #903, Los Angeles, CA 90012

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO EX PARTE**

**APPLICATION TO ADVANCE HEARING STATUS CONFERENCE[62]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7-1-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com; DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

        X   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7-1-2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

        X   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/1/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367
X Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-1-2020 | Thomas Sands, Esq. | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
0973-1                           BANKRUPTCY SECTION MS-A25                Franchise Tax Board
Case 1:20-bk-11006-VK            LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR  Bankruptcy Section MS: A-340
Central District of California   ATTN BANKRUPTCY UNIT                     P. O. Box 2952
San Fernando Valley              PO BOX 54110                             Sacramento, CA 95812-2952
Tue Jun 16 14:06:24 PDT 2020     LOS ANGELES CA 90054-0110

Internal Revenue Service
PO Box 7346                                                               Lev Investments, LLC
Philadelphia, PA 19101-7346                                               13854 Albers Street
                                                                          Sherman Oaks, CA 91401-5811



(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL  Securities & Exchange Commission        San Fernando Valley Division
LOS ANGELES CA 90012-3224         444 South Flower St., Suite 900         21041 Burbank Blvd,
                                  Los Angeles, CA 90071-2934              Woodland Hills, CA 91367-6606



FR, LLC
c/o Michael Shemtoub, Esq.        Franchise Tax Board                     G&B Law, LLP
4929 Wilshire Blvd., suite 702    Special Procedures                      Attn:  James R. Felton
Los Angeles, CA 90010-3824        POB 2952                                16000 Ventura Blvd., suite 1000
                                  Sacramento, CA 95812-2952               Encino, CA 91436-2762


(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS Jeff Nodd, Esq.                         LDI Ventures, LLC
PO BOX 7346                       15250 Ventura Blvd                      423 N Palm dr
PHILADELPHIA PA 19101-7346        Encino, CA 91403-3201                   Beverly Hills, CA 90210-3974



Landmark Land, LLC
Attn Alex Polovinchik             Michael Leizerovitz                     Michael Masinovsky
860 Via De La Paz, suite E-1      15 Via Monarca St.                      21810 Eaton Place
Pacific Palisades, CA 90272-3668  Dana Point, CA 92629-4082               Cupertino, CA 95014-1182



Ming Zhou
Thomas Krantz, Esq.               (p)REAL PROPERTY TRUSTEE  INC           Sensible Consulting & Mgmt Inc
2082 Michelson Drive, Suite 212   ATTN MIKE KEMEL                         c/o John Burgee Esq.
Irvine, CA 92612-1213             PO BOX 17064                            20501 Ventura Boulevard, Suite 262
                                  BEVERLY HILLS CA 90209-3064             Woodland Hills, CA 91364-6410


Thomas Sands, Esq.
The Sands Law Group, APLC         U.S. Trustee  San Fernando  Valley      United States Trustee (SV)
205 South Broadway, Suite 903     915 Wilshire Blvd.                      915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90012-3618        Suite 1850                              Los Angeles, CA 90017-3560
                                  Los Angeles, CA 90017-3560


Caroline Renee Djang (TR)
18101 Von Karman Ave., Suite 1000 David B Golubchik                       Juliet Y Oh
Irvine, CA 92612-0164             Levene Neale Bender Yoo & Brill LLP     10250 Constellation Blvd Ste 1700
                                  10250 Constellation Blvd Ste 1700       Los Angeles, CA 90067-6253
                                  Los Angeles, CA 90067-6253
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27