Lisa D. Angelo (SBN 229000)
 langelo@murchisonlaw.com
Gina E. Och (SBN 170520)
 goch@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Cross-Defendants, Gina Lisitsa and Lisitsa Law, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | CASE NO. 1:20-bk-11006 |
| Lev Investments, LC, | Chapter 11 |
|     Debtor and Debtor In Possession. | **NOTICE OF APPEARANCE ON BEHALF OF GINA LISITSA AND LISITSA LAW, INC. AND REQUEST FOR NOTICE** |
| LEV INVESTMENTS, LLC, | |
|     Plaintiff, | |
|     vs. | |
| RUVIN FEYGENBERG, MICHAEL LEIZEROVITZ, SENSIBLE CONSULTING AND MANAGEMNT, INC., MING ZHU, LLC and DOES 1 through 100; | |
|     Defendants. | |
| AND CROSS-COMPLAINT | |

PLEASE TAKE NOTICE THAT  hereby request that notice of all matters identified by Rule 2002 of the Federal Rules of Bankruptcy Procedure be served upon

1 their counsel as hereinafter set forth, and that Gina Lisitsa and Lisitsa Law, Inc. be
2 added to this Court's NEF/ECF system and master mailing matrix:

3     Lisa D. Angelo (SBN 229000)
     langelo@murchisonlaw.com
4     **MURCHISON & CUMMING, LLP**
    801 South Grand Avenue, Ninth Floor
5     Los Angeles, California 90017-4613
    Telephone: (213) 623-7400
6     Facsimile: (213) 623-6336

7     PLEASE TAKE FURTHER NOTICE, that in connection with the recent
8 Notice of Removal and supplement to the Notice of Removal of Case No.
9 19VECV00878, Gina Lisitsa and Lisitsa Law, Inc. respectfully requests a trial by
10 jury.

11

12 DATED: July 20, 2020                  **MURCHISON & CUMMING, LLP**

13

14                               By:    */s/ Lisa D. Angelo*
15                                    Lisa D. Angelo
                                   Gina E. Och
16                                    Attorneys for Cross-Defendants, Gina
17                                    Lisitsa and Lisitsa Law, Inc.

18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 South Grand Avenue, Ninth Floor, Los Angeles, CA  90017

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 20, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker kate.bunker@usdoj.gov
 John Burgee jburgee@bandalaw.net
 Caroline Renee Djang (TR) caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
 David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
 Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
 Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
 David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com; DianaChau@tilemlaw.com
 United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
Thomas D. Sands, thomas@thesandslawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

None

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2020 | Michelle L. Fisher | /s/ *Michelle L. Fisher* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**