DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

FILED & ENTERED

JUL 21 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LEV INVESTMENTS, LLC,<br><br>     Debtor and Debtor in  Possession. | Case No.: 1:20-bk-11006-VK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**<br><br>Hearing:<br>Date:  July 16, 2020<br>Time: 1:30 p.m.<br>Place: Courtroom "301"<br>       21041 Burbank Boulevard<br>       Woodland Hills, California 91367 |

A hearing was held on July 16, 2020 at 1:30 p.m. (the "Hearing") before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in Courtroom "301" located at 21041 Burbank Boulevard, Woodland Hills, California 91367, for the Court to consider that certain *Notice Of Motion And Motion For Order Approving Compromise Of Controversy Pursuant To Federal Rule Of Bankruptcy Procedure 9019* [Doc. No. 43] (the "Motion") filed on June 25, 2020 by Lev Investments, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case ("Debtor").  Appearances at the Hearing were made via Zoom video conference as set forth on the record of the Court.

The Court, having considered the Motion and all declarations and other papers filed by the Debtor in support of the Motion, the oral statements and representations of counsel and other parties in interest made at the Hearing, and all matters of record in the Debtor's chapter 11 bankruptcy case, finding that notice of the Motion was adequate and appropriate under the circumstances, having received no opposition to the Motion, and good cause appearing therefor,

///

///

///

///

2

IT IS HEREBY ORDERED AS FOLLOWS:

1.      The Motion is granted in its entirety.

2.      The *Settlement Agreement And Release* (the "Agreement") entered into by and between the Debtor and Certain Underwriters at Lloyd's of London, a true and correct copy of which is attached as **Exhibit "A"** to the Declaration of Dmitri Lioudkouski annexed to the Motion, is approved.

3.      The Debtor is authorized to enter into and implement the terms of the Agreement, and to take all steps reasonably necessary to consummate the terms of the Agreement.

IT IS SO ORDERED.

### # # #

Date: July 21, 2020

Victoria S. Kaufman
United States Bankruptcy Judge