Michael Shemtoub, Esq.   SBN: 253948
BEVERLY LAW
4929 Wilshire Blvd., Suite 702
Los Angeles, CA 90010
T: (310) 552-6959
F: (323) 421-9397

Attorney for Mike Kemel and Mariya Ayzenberg

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No.: 1:20-bk-11006-VK |
| LEV INVESTMENTS, LLC, | Chapter 11, subchapter V |
| Debtor. | REPLY TO OPPOSITION [DOC 105] RE EMERGENCY MOTION [DOC 104] TO ADVANCE THE MOTION TO DISQUALIFY GOLUBCHIK |
| | Date:    TBD |
| | Time:    TBD |
| | Place:   Courtroom 301 |
| |          21041 Burbank Blvd. |
| |          Woodland Hills, CA 91367 |

**TO THE HONORABLE COURT AND ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE THAT** on a TBD at TBD (if a hearing is deemed appropriate). in courtroom 301 of the United States Bankruptcy Court for the Central District California, San Fernando Valley Division, located at 21041 Burbank Blvd., Woodland Hills, CA 91367, Mike Kemel and Mariya Ayzenberg will and hereby do, Reply to Opposition for an

1

REPLY TO OPPOSITION [DOC 105] RE EMERGENCY MOTION [DOC 104] TO ADVANCE THE
MOTION TO DISQUALIFY GOLUBCHIK

Order advancing the hearing date of the Motion to Disqualify David Golubchik and his firm as follows:

>The Opposition [DOC 105] states at: 4:4-7 as follows:
>
>>The timing of the Motion appears to be in response to the Debtor's notices of deposition and requests for production of documents relating to the Recusal Motion (the "Depo Notices"), which were served on both of the Movants on July 16, 2020 immediately after the Status Conference.

The undersigned has never received any Notice of Deposition and if the undersigned did, he would immediately move for a protective order / motion to quash such a deposition notice as a deposition of the undersigned clients by Mr. Golubchik or any attorney working in concert with him, or in conjunction with him (i.e. Mr. Burgee) would be inimical and further destructive of the duty of an attorney to not champion and others because at her former client's expense. *Commercial Standard Title Co. v. Sup.Ct.* (Smith) (1979) 92 Cal.App.3d 934, 945 --attorney's duty to preserve client secrets 'at every peril to himself or herself' is owed to both present and former clients. There is urgency to the Emergency Motion filed today [Doc 104]; the revelation made in the Opposition [Doc 105] elevated urgency to a dangerous level. The Court must adjudicate the Motion filed in June no later than now.

Dated: July 22, 2020

Respectfully submitted,

BEVERLY LAW

By: _____
Michael Shemtoub, Esquire
Attorney for Mike Kemel and Mariya Ayzenberg

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4929 Wilshire Blvd. Suite 702 Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): REPLY TO OPPOSITION [DOC 105] RE EMERGENCY MOTION [DOC 104] TO ADVANCE THE MOTION TO DISQUALIFY GOLUBCHIKIESwill be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7-22-2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Katherine Bunker kate.bunker@usdoj.gov
☐ John Burgee jburgee@bandalaw.net
☐ Caroline Renee Djang (TR) caroline.djang@bbklaw.com,
C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
☐ David B Golubchik dbg@lnbyb.com, stephanie@lnbyb.com
☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
☐ Thomas D Sands thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
☐ David A Tilem davidtilem@tilemlaw.com,
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;
DianaChau@tilemlaw.com
☐ United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

    X    Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) 7-22--2020 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gina Lisitsa, Esq.
9107 Wilshire Boulevard, Suite 450
Beverly Hills, California 90210
Telephone: (310) 272-7766
Facsimile: (424) 744-4141
Email: glisitsa@gmail.com

**Lisitsa COUNSEL:**
Lisa D. Angelo
Murchison & Cummings LLP
801 South Grand Avenue, 9th Floor,
Los Angeles, CA 90017

> Michael Masinovsky +
> Winterhuder weg 110
> 22085 Hamburg, Germany
> Telephone: +49 176 47179099
> Email: mmasinovsky@aol.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

Telephone: (213) 630-1023
Facsimile: (213) 623-6336
Email: langelo@murchisonlaw.com

                X  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7-22-2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria S. Kaufman
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

Michael Masinovsky +
Winterhuder weg 110
22085 Hamburg, Germany
Telephone: +49 176 47179099

                X Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7-22--2020 | Michael Shemtoub, Esq. | *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

```
0973-1
Case 1:20-bk-11006-VK
Central District of California
San Fernando Valley
Tue Jun 16 14:06:24 PDT 2020
```

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| | | Lev Investments, LLC<br>13854 Albers Street<br>Sherman Oaks, CA 91401-5811 |
| (p)OFFICE OF FINANCE CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 |
| FR, LLC<br>c/o Michael Shemtoub, Esq.<br>4929 Wilshire Blvd., suite 702<br>Los Angeles, CA 90010-3824 | Franchise Tax Board<br>Special Procedures<br>POB 2952<br>Sacramento, CA 95812-2952 | G&B Law, LLP<br>Attn: James R. Felton<br>16000 Ventura Blvd., suite 1000<br>Encino, CA 91436-2762 |
| (p) INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jeff Nodd, Esq.<br>15250 Ventura Blvd<br>Encino, CA 91403-3201 | LDI Ventures, LLC<br>423 N Palm dr<br>Beverly Hills, CA 90210-3974 |
| Landmark Land, LLC<br>Attn Alex Polovinchik<br>860 Via De La Paz, suite E-1<br>Pacific Palisades, CA 90272-3668 | Michael Leizerovitz<br>15 Via Monarca St.<br>Dana Point, CA 92629-4082 | Michael Masinovsky<br>21810 Eaton Place<br>Cupertino, CA 95014-1182 |
| Ming Zhou<br>Thomas Krantz, Esq.<br>2082 Michelson Drive, Suite 212<br>Irvine, CA 92612-1213 | (p)REAL PROPERTY TRUSTEE INC<br>ATTN MIKE KEMEL<br>PO BOX 17064<br>BEVERLY HILLS CA 90209-3064 | Sensible Consulting & Mgmt Inc<br>c/o John Burgee Esq.<br>20501 Ventura Boulevard, Suite 262<br>Woodland Hills, CA 91364-6410 |
| Thomas Sands, Esq.<br>The Sands Law Group, APLC<br>205 South Broadway, Suite 903<br>Los Angeles, CA 90012-3618 | U.S. Trustee San Fernando Valley<br>915 Wilshire Blvd.<br>Suite 1850<br>Los Angeles, CA 90017-3560 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Caroline Renee Djang (TR)<br>18101 Von Karman Ave., Suite 1000<br>Irvine, CA 92612-0164 | David B Golubchik<br>Levene Neale Bender Yoo & Brill LLP<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067-6253 | Juliet Y Oh<br>10250 Constellation Blvd Ste 1700<br>Los Angeles, CA 90067-6253 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90051-0110

Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

(d)Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018

Real Property Trustee, Inc.
P.O. Box 17064
Beverly Hills, CA 90209

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27