1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED & ENTERED

JUL 23 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

In re:

Lev Investments, LLC,

                                    Debtor.

Case No.: 1:20-bk-11006-VK

CHAPTER 11

**ORDER DENYING EMERGENCY MOTION TO ADVANCE HEARING ON MOTION TO DISQUALIFY DEBTOR'S PROPOSED COUNSEL**

On June 1, 2020, Lev Investments, LLC ("Debtor") filed a voluntary chapter 11 case.  On June 10, 2020, Debtor filed an application to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel (the "Application to Employ") [doc. 10].  On June 26, 2020, Mike Kemel and Mariya Ayzenberg filed a motion to disqualify LNBYB as counsel to Debtor (the "Motion to Disqualify") [doc. 56].  These individuals, as well as The Sands Law Group, APLC, also opposed the Application to Employ [docs. 28, 57].  On June 30, 2020, Debtor filed an opposition to the Motion to Disqualify and requested an opportunity to cross-examine the declarants to the Motion to Disqualify [doc. 71].

-1-

1    On July 16, 2020, the parties appeared for a hearing on the Application to Employ.  At

2    that time, the Court continued the hearing on the Application to Employ to 1:30 p.m. on August

3    27, 2020.  At that time, the Court set the Motion to Disqualify for hearing at the same time and

4    date.  The Court also set briefing and discovery deadlines in connection with the hearing on the

5    Motion to Disqualify.  No parties objected to that schedule, at that time.

6    On July 22, 2020, Mr. Kemel and Ms. Ayzenberg filed an emergency motion to advance

7    the hearing on the Motion to Disqualify (the "Motion to Advance") [doc. 104].  Having reviewed

8    the Motion to Disqualify, the Application to Employ, the Motion to Advance and good cause

9    appearing, it is hereby

10    ORDERED, that the Motion to Advance is denied.

11    ###

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: July 23, 2020                                Victoria S. Kaufman

25                                                      United States Bankruptcy Judge

26

27

28