DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:20-bk-11006-VK |
| | Chapter 11 |
| LEV INVESTMENTS, LLC, | **STIPULATION BY DEBTOR AND GINA LISITSA, ESQ. TO CONTINUE DATE OF ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |
| Debtor. | [RELATES TO DOC. NOS. 34 AND 60] |
| | Original Examination Date/Time: |
| | Date: July 24, 2020 |
| | Time: 10:00 a.m. |
| | Place: Levene, Neale, Bender, Yoo & Brill L.L.P. |
| | 10250 Constellation Blvd., Suite 1700 |
| | Los Angeles, California 90067 |
| | Continued Examination Date/Time: |
| | Date: August 20, 2020 |
| | Time: 10:00 a.m. |
| | Place: Levene, Neale, Bender, Yoo & Brill L.L.P. |
| | 10250 Constellation Blvd., Suite 1700 |
| | Los Angeles, California 90067 |
| | (via videoconference) |

This stipulation (the "Stipulation") is hereby entered into by and between Lev Investments, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), on the one hand, and Gina Lisitsa, Esq., on the other hand, by and through their respective counsel of record, with reference to the following:

**RECITALS**

A. On June 1, 2020 (the "Petition Date"), the Debtor commenced before this Court the above-captioned case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

B. On June 22, 2020, the Debtor filed that certain *Debtor's Notice Of Ex Parte Motion And Ex Parte Motion, Pursuant To Federal Rule Of Bankruptcy Procedure 2004 And Local Bankruptcy Rule 2004-1, For The Production Of Documents And Oral Examinations* [Doc. No. 34] (the "Motion") in its bankruptcy case. In the Motion, the Debtor requested that the Court grant the Debtor leave to serve a request for production of documents and to conduct an examination of Ms. Lisitsa pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Examination").

C. On June 29, 2020, the Court entered an order granting the Motion [Doc. No. 60] (the "Order").

D. The Order requires, among other things, that Ms. Lisitsa appear for an Examination on July 24, 2020, at 10:00 a.m., at the offices of Levene, Neale, Bender, Yoo & Brill L.L.P., proposed counsel for the Debtor ("LNBYB"), provided that LNBYB exercises reasonable efforts to arrange to conduct the Examination via video conferencing with a court reporter.

E. The Debtor and Ms. Lisitsa have mutually agreed to continue the date and time of the Examination and have entered into this Stipulation accordingly.

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION**

NOW THEREFORE, subject to the approval of the Court, the Debtor and Ms. Lisitsa hereby agree and stipulate that the Examination shall be continued to August 20, 2020 at 10:00 a.m. (Pacific Time), and shall be conducted on that date and time at the offices of LNBYB located at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067 via videoconference, unless the parties mutually agree otherwise.

Dated: July 23, 2020            LEV INVESTMENTS, LLC

By: _____
DAVID B. GOLUBCHIK
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO
    & BRILL L.L.P.
Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

Dated: July 23, 2020            GINA LISITSA, ESQ.

By: _____
LISA D. ANGELO
GINA E. OCH
MURCHISON & CUMMING, LLP
Attorneys for Gina Lisitsa, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION BY DEBTOR AND GINA LISITSA, ESQ. TO CONTINUE DATE OF ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 23, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Lisa D Angelo**    langelo@murchisonlaw.com, cthomas@murchisonlaw.com
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **John Burgee**    jburgee@bandalaw.net
- **Caroline Renee Djang (TR)**    caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- **James R Felton**    jfelton@gblawllp.com, nknadjian@gblawllp.com
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Thomas D Sands**    thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
- **Michael Shemtoub**    michael@lexingtonlg.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **July 23, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 23, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 23, 2020 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                     **F 9013-3.1.PROOF.SERVICE**