United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 20-11006-VK
Lev Investments, LLC                                                      Chapter 11
Lisitsa Law, Inc.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-1           User: sbeverC            Page 1 of 2              Date Rcvd: Jul 21, 2020
                               Form ID: pdf042         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             +Lev Investments, LLC,   13854 Albers Street,   Sherman Oaks, CA 91401-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Caroline Renee Djang (TR)    caroline.djang@bbklaw.com,
               C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
              David A Tilem    on behalf of Interested Party    Courtesy NEF davidtilem@tilemlaw.com,
               DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau
               @tilemlaw.com
              David A Tilem    on behalf of Interested Party David  Tilem davidtilem@tilemlaw.com,
               DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau
               @tilemlaw.com
              David B Golubchik    on behalf of Debtor    Lev Investments, LLC dbg@lnbyb.com,   stephanie@lnbyb.com
              David B Golubchik    on behalf of Defendant    Lev Investments, LLC dbg@lnbyb.com,
               stephanie@lnbyb.com
              James R Felton    on behalf of Interested Party    Courtesy NEF jfelton@gblawllp.com,
               nknadjian@gblawllp.com
              John   Burgee    on behalf of Defendant MICHAEL   LEIZEROVITZ jburgee@bandalaw.net
              John   Burgee    on behalf of Interested Party    Courtesy NEF jburgee@bandalaw.net
              John   Burgee    on behalf of Cross-Claimant Michael  Leizerovitz jburgee@bandalaw.net
              John   Burgee    on behalf of Defendant    SENSIBLE CONSULTING AND MANAGEMENT, INC.
               jburgee@bandalaw.net
              John   Burgee    on behalf of Defendant RUVIN   FEYGENBERG jburgee@bandalaw.net
              Juliet Y Oh    on behalf of Debtor    Lev Investments, LLC jyo@lnbrb.com,   jyo@lnbrb.com
              Juliet Y Oh    on behalf of Defendant    Lev Investments, LLC jyo@lnbrb.com,   jyo@lnbrb.com
              Katherine   Bunker    on behalf of U.S. Trustee    United States Trustee (SV) kate.bunker@usdoj.gov
              Lisa D Angelo    on behalf of Cross Defendant Lisa  Lisitsa langelo@murchisonlaw.com,
               cthomas@murchisonlaw.com
              Lisa D Angelo    on behalf of Cross Defendant    Lisitsa Law, Inc. langelo@murchisonlaw.com,
               cthomas@murchisonlaw.com
              Lisa D Angelo    on behalf of Cross Defendant Gina  Lisitsa langelo@murchisonlaw.com,
               cthomas@murchisonlaw.com
              Michael   Shemtoub    on behalf of Creditor Thomas D Sands michael@lexingtonlg.com
              Michael   Shemtoub    on behalf of Interested Party Mariya  Ayzenberg michael@lexingtonlg.com
              Michael   Shemtoub    on behalf of Plaintiff MARIYA   AYZENBERG michael@lexingtonlg.com
              Michael   Shemtoub    on behalf of Plaintiff    FR LLC michael@lexingtonlg.com
              Michael   Shemtoub    on behalf of Interested Party Mikhail  Kemel michael@lexingtonlg.com
              Thomas D Sands    on behalf of Interested Party Mikhail  Kemel thomas@thesandslawgroup.com,
               thomas@thesandslawgroup.com
              Thomas D Sands    on behalf of Creditor Thomas D Sands thomas@thesandslawgroup.com,
               thomas@thesandslawgroup.com
              Thomas D Sands    on behalf of Interested Party    Courtesy NEF thomas@thesandslawgroup.com,
               thomas@thesandslawgroup.com
              Thomas D Sands    on behalf of Interested Party Mariya  Ayzenberg thomas@thesandslawgroup.com,
               thomas@thesandslawgroup.com

```
District/off: 0973-1                User: sbeverC                 Page 2 of 2                   Date Rcvd: Jul 21, 2020
                                    Form ID: pdf042               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                                                           TOTAL: 27

DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**JUL 21 2020**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY Bever    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re:

LEV INVESTMENTS, LLC,

    Debtor and Debtor in Possession.

Case No.: 1:20-bk-11006-VK

Chapter 11

**ORDER GRANTING MOTION BY DEBTOR FOR ORDER APPROVING COMPROMISE OF CONTROVERSY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Hearing:
Date: July 16, 2020
Time: 1:30 p.m.
Place: Courtroom "301"
       21041 Burbank Boulevard
       Woodland Hills, California 91367

1

|   |   |
|---|---|
| 1 | A hearing was held on July 16, 2020 at 1:30 p.m. (the "<u>Hearing</u>") before the Honorable Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San Fernando Valley Division, in Courtroom "301" located at 21041 Burbank Boulevard, Woodland Hills, California 91367, for the Court to consider that certain *Notice Of Motion And Motion For Order Approving Compromise Of Controversy Pursuant To Federal Rule Of Bankruptcy Procedure 9019* [Doc. No. 43] (the "<u>Motion</u>") filed on June 25, 2020 by Lev Investments, LLC, the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case ("<u>Debtor</u>").  Appearances at the Hearing were made via Zoom video conference as set forth on the record of the Court. |

The Court, having considered the Motion and all declarations and other papers filed by the Debtor in support of the Motion, the oral statements and representations of counsel and other parties in interest made at the Hearing, and all matters of record in the Debtor's chapter 11 bankruptcy case, finding that notice of the Motion was adequate and appropriate under the circumstances, having received no opposition to the Motion, and good cause appearing therefor,

///

///

///

///

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in its entirety.

2. The *Settlement Agreement And Release* (the "Agreement") entered into by and between the Debtor and Certain Underwriters at Lloyd's of London, a true and correct copy of which is attached as **Exhibit "A"** to the Declaration of Dmitri Lioudkouski annexed to the Motion, is approved.

3. The Debtor is authorized to enter into and implement the terms of the Agreement, and to take all steps reasonably necessary to consummate the terms of the Agreement.

IT IS SO ORDERED.

###

Date: July 21, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

3