United States Bankruptcy Court
Central District of California

In re:  
Lev Investments, LLC  
    Debtor

Case No. 20-11006-VK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-1     User: admin     Page 1 of 2     Date Rcvd: Jul 23, 2020  
                        Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.  
db           +Lev Investments, LLC,    13854 Albers Street,    Sherman Oaks, CA 91401-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2020 at the address(es) listed below:

      Caroline Renee Djang (TR)    caroline.djang@bbklaw.com,  
       C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com  
      David A Tilem    on behalf of Interested Party    Courtesy NEF davidtilem@tilemlaw.com,  
       DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com  
      David A Tilem    on behalf of Interested Party David   Tilem davidtilem@tilemlaw.com,  
       DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com  
      David B Golubchik    on behalf of Debtor    Lev Investments, LLC dbg@lnbyb.com,   stephanie@lnbyb.com  
      David B Golubchik    on behalf of Defendant    Lev Investments, LLC dbg@lnbyb.com,  
       stephanie@lnbyb.com  
      James R Felton    on behalf of Interested Party    Courtesy NEF jfelton@gblawllp.com,  
       nknadjian@gblawllp.com  
      John   Burgee    on behalf of Defendant MICHAEL    LEIZEROVITZ jburgee@bandalaw.net  
      John   Burgee    on behalf of Interested Party    Courtesy NEF jburgee@bandalaw.net  
      John   Burgee    on behalf of Cross-Claimant Michael    Leizerovitz jburgee@bandalaw.net  
      John   Burgee    on behalf of Defendant     SENSIBLE CONSULTING AND MANAGEMENT, INC.  
       jburgee@bandalaw.net  
      John   Burgee    on behalf of Defendant RUVIN    FEYGENBERG jburgee@bandalaw.net  
      Juliet Y Oh    on behalf of Debtor    Lev Investments, LLC jyo@lnbrb.com,    jyo@lnbrb.com  
      Juliet Y Oh    on behalf of Defendant    Lev Investments, LLC jyo@lnbrb.com,    jyo@lnbrb.com  
      Katherine Bunker    on behalf of U.S. Trustee    United States Trustee (SV) kate.bunker@usdoj.gov  
      Lisa D Angelo    on behalf of Creditor    Lisitsa Law, Inc. langelo@murchisonlaw.com,  
       cthomas@murchisonlaw.com  
      Lisa D Angelo    on behalf of Cross Defendant Lisa    Lisitsa langelo@murchisonlaw.com,  
       cthomas@murchisonlaw.com  
      Lisa D Angelo    on behalf of Creditor Gina    Lisitsa langelo@murchisonlaw.com,  
       cthomas@murchisonlaw.com  
      Lisa D Angelo    on behalf of Cross Defendant    Lisitsa Law, Inc. langelo@murchisonlaw.com,  
       cthomas@murchisonlaw.com  
      Michael   Shemtoub    on behalf of Creditor Thomas D Sands michael@lexingtonlg.com  
      Michael   Shemtoub    on behalf of Interested Party Mariya    Ayzenberg michael@lexingtonlg.com  
      Michael   Shemtoub    on behalf of Plaintiff MARIYA    AYZENBERG michael@lexingtonlg.com  
      Michael   Shemtoub    on behalf of Plaintiff    FR LLC michael@lexingtonlg.com  
      Michael   Shemtoub    on behalf of Interested Party Mikhail    Kemel michael@lexingtonlg.com  
      Thomas D Sands    on behalf of Interested Party Mikhail    Kemel thomas@thesandslawgroup.com,  
       thomas@thesandslawgroup.com  
      Thomas D Sands    on behalf of Creditor Thomas D Sands thomas@thesandslawgroup.com,  
       thomas@thesandslawgroup.com  
      Thomas D Sands    on behalf of Interested Party    Courtesy NEF thomas@thesandslawgroup.com,  
       thomas@thesandslawgroup.com

```
District/off: 0973-1              User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2020
                                  Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Thomas D Sands    on behalf of Interested Party Mariya  Ayzenberg thomas@thesandslawgroup.com, thomas@thesandslawgroup.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

        TOTAL: 28

**FILED & ENTERED**

**JUL 23 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Lev Investments, LLC,<br><br><br><br>Debtor. | Case No.: 1:20-bk-11006-VK<br><br>CHAPTER 11<br><br>**ORDER DENYING EMERGENCY MOTION TO ADVANCE HEARING ON MOTION TO DISQUALIFY DEBTOR'S PROPOSED COUNSEL** |

    On June 1, 2020, Lev Investments, LLC ("Debtor") filed a voluntary chapter 11 case. On June 10, 2020, Debtor filed an application to employ Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as general bankruptcy counsel (the "Application to Employ") [doc. 10]. On June 26, 2020, Mike Kemel and Mariya Ayzenberg filed a motion to disqualify LNBYB as counsel to Debtor (the "Motion to Disqualify") [doc. 56]. These individuals, as well as The Sands Law Group, APLC, also opposed the Application to Employ [docs. 28, 57]. On June 30, 2020, Debtor filed an opposition to the Motion to Disqualify and requested an opportunity to cross-examine the declarants to the Motion to Disqualify [doc. 71].

-1-

1    On July 16, 2020, the parties appeared for a hearing on the Application to Employ. At that time, the Court continued the hearing on the Application to Employ to 1:30 p.m. on August 27, 2020. At that time, the Court set the Motion to Disqualify for hearing at the same time and date. The Court also set briefing and discovery deadlines in connection with the hearing on the Motion to Disqualify. No parties objected to that schedule, at that time.

On July 22, 2020, Mr. Kemel and Ms. Ayzenberg filed an emergency motion to advance the hearing on the Motion to Disqualify (the "Motion to Advance") [doc. 104]. Having reviewed the Motion to Disqualify, the Application to Employ, the Motion to Advance and good cause appearing, it is hereby

ORDERED, that the Motion to Advance is denied.

###

Date: July 23, 2020

Victoria S. Kaufman
United States Bankruptcy Judge