FILED & ENTERED

JUL 29 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

In re:

Lev Investments, LLC,

Debtors.

Case No.: 1:20-bk-11006-VK

Chapter 13

**ORDER SETTING HEARING ON EMERGENCY MOTION TO RECUSE DAVID GOLUBCHIK AND THE LAW FIRM OF LEVENE, NEALE, BENDER YOO & BRILL LLP, FROM ALL FURTHER PARTICIPATION IN THIS CASE, ALL RELATED CASES, AND FOR AN ORDER DISGORGING ALL FUNDS RECEIVED BY THE FIRM DUE TO UNDISCLOSED CONFLICTED REPRESENTATION OF THE DEBTOR IN RE WEIBEL, INC. (9TH CIR. BAP 1994) 176 B.R. 209**

Date:  August 27, 2020
Time:  1:30 p.m.
Place: Courtroom 301
       21041 Burbank Blvd.
       Woodland Hills, CA  91367

On June 26, 2020, Mr. Kemel and Ms. Ayzenberg filed an *Emergency Motion to Recuse David Golubchik and the Law Firm of Levene, Neale, Bender Yoo & Brill LLP, From All*

-1-

*Further Participation in this Case, All Related Cases, and for an Order Disgorging All Funds Received by the Firm Due to Undisclosed Conflicted Representation of the Debtor In re Weibel, Inc. (9th Cir. BAP 1994) 176 B.R. 209* (the "Motion") [doc. 56].

The Court having reviewed the Motion, and for good cause appearing, it is hereby

ORDERED, that a hearing on the Motion will be held in Courtroom 301 of the above-captioned Court on **August 27, 2020 at 1:30 p.m.**; and it is further

ORDERED, the parties are to attend the hearing on the Motion via Court Call in accordance with the Honorable Victoria S. Kaufman's telephonic appearance procedures, located at https://www.cacb.uscourts.gov/judges/honorable-victoria-s-kaufman.

ORDERED, that the hearing will not be an evidentiary hearing, and the parties will not be permitted to examine any witnesses, at that time; and it is further

ORDERED, that any written opposition to the Motion must be filed and served by **August 20, 2020**; and it is further

ORDERED, that any reply to any opposition may be made orally at the hearing on August 27, 2020.

###

Date: July 29, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

-2-