DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**JUL 29 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Bever      **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LEV INVESTMENTS, LLC,<br><br>    Debtor and Debtor in Possession. | Case No.: 1:20-bk-11006-VK<br><br>Chapter 11<br><br>**ORDER DENYING MOTION TO DISQUALIFY DEBTOR AS A DEBTOR IN POSSESSION AND TO DISQUALIFY CASE AS A CHAPTER 11 SUBCHAPTER V CASE**<br><br>Hearing:<br>Date:  July 16, 2020<br>Time:  1:30 p.m.<br>Place:  Courtroom "301"<br>         21041 Burbank Boulevard<br>         Woodland Hills, California 91367 |

1

1    A hearing was held on July 16, 2020 at 1:30 p.m. (the "Hearing") before the Honorable
2    Victoria S. Kaufman, United States Bankruptcy Judge for the Central District of California, San
3    Fernando Valley Division, in Courtroom "301" located at 21041 Burbank Boulevard, Woodland
4    Hills, California 91367, for the Court to consider that certain *Motion To Disqualify Debtor As A*
5    *Debtor In Possession And To Disqualify Case As A Chapter 11 Subchapter V Case* [Doc. No.
6    21] (the "Motion") filed on June 17, 2020 by The Sands Law Group, APLC ("Sands Law") in
7    the chapter 11 bankruptcy case of Lev Investments, LLC, the debtor and debtor in possession in
8    herein ("Debtor").  Appearances at the Hearing were made via Zoom video conference as set
9    forth on the record of the Court.

The Court, having considered the Motion, the opposition to the Motion filed by the
Debtor [Doc. No. 81] (the "Opposition"), the evidentiary objections to the Motion filed by the
Debtor [Doc. No. 82] (the "Evidentiary Objections"), the reply to the Opposition filed jointly by
Sands Law and Mike Kemel and Mariya Ayzenberg [Doc. No. 92], the oral statements and
representations of counsel and other parties in interest made at the Hearing, and all matters of
record in the Debtor's chapter 11 bankruptcy case, and for the reasons set forth in the ~~tentative ruling of the~~ Court*'s ruling* [Doc. No. 93], ~~which is hereby adopted as the final ruling of the Court,~~

///

///

///

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is denied.

2. The Evidentiary Objections are sustained in part and overruled in part, as follows:

   a. The Debtor's evidentiary objections to paragraphs 3, 5, 7-11, 17, 25, 31, 34, 36-38, 40-41 and 47 in the Declaration of Thomas D. Sands submitted in support of the Motion (the "<u>Sands Declaration</u>") are sustained.

   b. The Debtor's evidentiary objections to paragraphs 12 and 13 in the Sands Declaration are overruled.

<u>IT IS SO ORDERED.</u>

### ###

Date: July 29, 2020

Victoria S. Kaufman
United States Bankruptcy Judge