DAVID B. GOLUBCHIK (SBN 185520)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

**FILED & ENTERED**

**JUL 29 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LEV INVESTMENTS, LLC,<br><br>      Debtor. | Case No.: 1:20-bk-11006-VK<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BY DEBTOR AND GINA LISITSA, ESQ. TO CONTINUE DATE OF ORAL EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[RELATES TO DOC. NOS. 34 AND 60]<br><br>Original Examination Date/Time:<br>Date: July 24, 2020<br>Time: 10:00 a.m.<br>Place: Levene, Neale, Bender, Yoo & Brill L.L.P.<br>    10250 Constellation Blvd., Suite 1700<br>    Los Angeles, California 90067<br><br>Continued Examination Date/Time:<br>Date: August 20, 2020<br>Time: 10:00 a.m.<br>Place: Levene, Neale, Bender, Yoo & Brill L.L.P.<br>    10250 Constellation Blvd., Suite 1700<br>    Los Angeles, California 90067<br>    (via videoconference) |

The Court, having considered that certain *Stipulation By Debtor And Gina Lisitsa, Esq. To Continue Date Of Oral Examination Pursuant To Federal Rule Of Bankruptcy Procedure 2004* [Doc. No. 109] (the "Stipulation") entered into by Lev Investments, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), on the one hand, and Gina Lisitsa, Esq., on the other hand, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is approved.

2. The examination of Ms. Lisitsa pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Examination") is continued to August 20, 2020 at 10:00 a.m. (Pacific Time), and shall be conducted on that date and time at the offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") located at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, provided that LNBYB exercises reasonable efforts to arrange to conduct the Examination via video conferencing with a court reporter.

IT IS SO ORDERED.

###

Date: July 29, 2020

Victoria S. Kaufman
United States Bankruptcy Judge